Exhibit 2



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 2 | 434 | 1/19/2018 | 1/25/2018 |

*Welcome to ResMan!*

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan was designed with you in mind! Your Order was also created especially for you by Kesha Howard, your Account Manager.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 434 | $■ | $■ |
| **ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $■ |

**RECURRING CHARGES & FEES**

| Establishment | 2235 Winrock Blvd, Houston, TX 77057 | | GO-LIVE DATE: | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 313 | $■ | $■ |
| EasyLease | EasyLease Online Workflow | 313 | $■ | $■ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $■ | $■ |
| Credit Builder | $■ per subscriber per month | Y | | *RCB |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | $■ |

**RECURRING CHARGES & FEES**

| Heritage | 2660 Marilee Ln, Houston, TX 77057 | | GO-LIVE DATE: | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 121 | $■ | $■ |
| EasyLease | EasyLease Online Workflow | 121 | $■ | $■ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $■ | $■ |
| Credit Builder | $■ per subscriber per month | Y | | *RCB |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | $■ |

| **RECURRING CHARGES & FEES SUBTOTAL** | | | | $■ |
|---|---|---|---|---|

| **ORDER TOTAL** | | | | $■ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
• *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as January 19, 2018

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _Kesha Howard_____
Name:  Kesha Howard
Title: Account Manager
Date:   January 19, 2018

**CUSTOMER:**

Karya Property Management, LLC

By: _Jeff Gomez_____
Name: Jeff Gomez
Title: CTO
Date:   1/23/2018



**ResMan Order Form**

DS
DG

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 2 | 392 | 3/13/2018 | 3/19/2018 |

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 392 | $ | $ |
| **ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $ |

**RECURRING CHARGES & FEES**

| Terrain | 5380 Medical Dr, San Antonio, TX 78240 | | **GO-LIVE DATE:** | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 224 | $ | $ |
| EasyLease | EasyLease Online Workflow | 224 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | $ |

**RECURRING CHARGES & FEES**

| Waterstone Place | 516 Stafford Springs Ave, Stafford, TX 77477 | | **GO-LIVE DATE:** | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 168 | $ | $ |
| EasyLease | EasyLease Online Workflow | 168 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | $ |

| **RECURRING CHARGES & FEES SUBTOTAL** | | | | $ |
|---|---|---|---|---|

| **ORDER TOTAL** | | | | $ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

**Customer:**

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
• *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

**Company:**

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as March 13, 2018

**COMPANY:**                                          **CUSTOMER:**

**RESMAN, LLC,**                                      Karya Property Management, LLC
a Utah limited liability company
d/b/a ResMan

By: _____              By: _____
Name:  Russell Burns                                 Name: Jeff Gomez
Title: Sales Director                                     Title: CTO
Date:   March 13, 2018                                 Date:   3/16/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com



| | Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|---|

| Parent ID | | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|---|
| TBD | | 2 | 392 | 3/30/2018 | 4/15/2018 |

*Welcome to ResMan!*

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 392 | $ | $ |

**ONE-TIME CHARGE & FEES SUBTOTAL** — $

**RECURRING CHARGES & FEES**

| Treehouse | 2501 Wickersham Ln, Austin, TX 78741 | **GO-LIVE DATE:** | | |
|---|---|---|---|---|

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 224 | $ | $ |
| EasyLease | EasyLease Online Workflow | 224 | $ | $ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** — $

**RECURRING CHARGES & FEES**

| Lakeside | 1251 Wilcrest Dr, Houston, TX 77042 | **GO-LIVE DATE:** | | |
|---|---|---|---|---|

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 168 | $ | $ |
| EasyLease | EasyLease Online Workflow | 168 | $ | $ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** — $

**RECURRING CHARGES & FEES SUBTOTAL** — $

**ORDER TOTAL** — $

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

**Customer:**

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
• *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

**Company:**

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as March 13, 2018

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _____
Name:  Russell Burns
Title:  Sales Director
Date:   March 13, 2018

**CUSTOMER:**

Karya Property Management, LLC

By: _____
Name: Jeff Gomez
Title: CTO
Date:   4/3/2018



**ResMan Order Form**

| | Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|---|

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| | Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|---|
| | TBD | 6 | 1771 | 7/10/2018 | 7/20/2018 |

---

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

---

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 1771 | $ | $ |

**ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

**3corners - East (Kempwood Hollow)** — 9999 Kempwood Dr, Houston, TX 77080 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 327 | $ | $ |
| EasyLease | EasyLease Online Workflow | 327 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

**3corners - North (Kempwood Place)** — 10010 Kempwood Dr, Houston, TX 77080 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 387 | $ | $ |
| EasyLease | EasyLease Online Workflow | 387 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

**3corners - West (Spring Shadows)** — 10105 Kempwood Dr, Houston, TX 77080 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 389 | $ | $ |
| EasyLease | EasyLease Online Workflow | 389 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | | $250.00 |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

**Chesapeake** — 12300 Hymeadow Dr, Austin, TX 78750 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 124 | $ | $ |
| EasyLease | EasyLease Online Workflow | 124 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | | $▓▓▓ |
|---|---|---|---|---|---|
| **RECURRING CHARGES & FEES** | | | | | |
| Falls on Bull Creek | 8527 N Capital of Texas, Austin, TX 78759 | | **GO-LIVE DATE:** | | |
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** | |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 344 | $▓ | $▓▓ | |
| EasyLease | EasyLease Online Workflow | 344 | $▓ | $▓▓ | |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $▓▓ | *RCB | |
| PayLease | EasyLease Payments: PayLease | Y | | *VI | |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $▓▓ | $▓▓ | |
| Credit Builder | $▓ per subscriber per month | Y | $▓▓ | *RCB | |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | | $▓▓▓ |
| **RECURRING CHARGES & FEES** | | | | | |
| NorthStar | "12001 Metric Blvd, Austin, TX 78758 | | **GO-LIVE DATE:** | | |
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** | |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 200 | $▓ | $▓▓ | |
| EasyLease | EasyLease Online Workflow | 200 | $▓ | $▓▓ | |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $▓▓ | *RCB | |
| PayLease | EasyLease Payments: PayLease | Y | | *VI | |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $▓▓ | $▓▓ | |
| Credit Builder | $▓ per subscriber per month | Y | $▓▓ | *RCB | |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | | $▓▓▓ |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | | $▓▓▓ |
| **RECURRING CHARGES & FEES SUBTOTAL** | | | | | $▓▓ |
| **ORDER TOTAL** | | | | | $▓▓▓ |

*ResMan Consolidated Billing (RCB) - *RCB items include transaction-based fees that will vary month-to-month based on usage. Items labelled *RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.

**Vendor Invoiced (VI) - *VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider. These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
 • *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as July 10, 2018

**COMPANY:**                                                          **CUSTOMER:**

**RESMAN, LLC,**                                                   Karya Property Management, LLC
a Utah limited liability company
d/b/a ResMan

By: _____                   By: _____
Name:  Russell Burns                                          Name: Jeff Gomez
Title: Sales Director                                             Title: CTO
Date:  July 10, 2018                                            Date:  7/19/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 3 | 393 | 9/21/2018 | 9/30/2018 |

---

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

---

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 393 | $▇ | $▇ |

**ONE-TIME CHARGE & FEES SUBTOTAL** — $▇

---

**RECURRING CHARGES & FEES**

Downtown 360 — 360 400 W Salt Lake City, UT 84101 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 151 | $▇ | $▇ |
| EasyLease | EasyLease Online Workflow | 151 | $▇ | $▇ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $▇ | $▇ |
| Credit Builder | $▇ per subscriber per month | Y | $▇ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** — $▇

---

**RECURRING CHARGES & FEES**

The Reserve — 1016 W Stassney Lane Austin, TX 78745 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 122 | $▇ | $▇ |
| EasyLease | EasyLease Online Workflow | 122 | $▇ | $▇ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $▇ | $▇ |
| Credit Builder | $▇ per subscriber per month | Y | $▇ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** — $▇

---

**RECURRING CHARGES & FEES**

Woodstone Apartments — 4021 Steck Ave. Austin, TX 78759 — **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 120 | $▇ | $▇ |
| EasyLease | EasyLease Online Workflow | 120 | $▇ | $▇ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $▇ | $▇ |
| Credit Builder | $▇ per subscriber per month | Y | $▇ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** — $▇

---

**RECURRING CHARGES & FEES SUBTOTAL** — $▇

**ORDER TOTAL** — $▇

---

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage. Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider. These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

*• By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
*• You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
*• You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
*• You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

*• We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
*• We are committed to delivering exceptional service. We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
*• We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link: https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation. If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as September 21, 2018

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _Russell Burns_
Name: Russell Burns
Title: Sales Director
Date: September 21, 2018

**CUSTOMER:**

Karya Property Management, LLC

By: _Jeff Gomez_
Name: Jeff Gomez
Title: CTO
Date: 10/9/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|
| | | | |

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 192 | 7/18/2017 | 7/24/2017 |

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan was designed with you in mind! Your Order was also created especially for you by Kesha Howard, your Account Manager.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 192 | $ | $ |
| Training | Live Training | 1 | $ | $ |
| *Live training travel expenses | *Expenses invoiced post-training (flight, hotel, car rentals & meals)* | | | |

| ONE-TIME CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

| Champions Green | 14141 Champions Dr, Houston, TX 77069 | | GO-LIVE DATE: | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 192 | $ | $ |
| EasyLease | EasyLease Online Workflow | 192 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

| RECURRING CHARGES & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

| ORDER TOTAL | | | | $ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

**Customer:**

• By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.
• You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.
• You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.
• You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.

**Company:**

• We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.
• We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.
• We will maintain the confidentiality of any information that you entrust to us.

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karma Ventures, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as July 18, 2017

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _Kesha Howard_
Name:  Kesha Howard
Title: Account Manager
Date:  July 18, 2017

**CUSTOMER:**

Karya Property Management, LLC

By: _Jeff Gomez_
Name: Jeff Gomez
Title: CTO
Date: 7/20/2017



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 121 | 5/14/2018 | 5/19/2018 |

---

*Welcome to ResMan!*

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

---

## ORDER DETAIL

### ONE-TIME CHARGES & FEES

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 121 | $ | $ |
| **ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $ |

### RECURRING CHARGES & FEES

| Barcelona | 6434 Ella Lee Ln, Houston, TX 77057 | **GO-LIVE DATE:** | | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 121 | $ | $ |
| EasyLease | EasyLease Online Workflow | 121 | $ | $ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |
| **PROPERTY CHARGE & FEES SUBTOTAL** | | | | $ |
| **RECURRING CHARGES & FEES SUBTOTAL** | | | | $ |

| **ORDER TOTAL** | | | | $ |
|---|---|---|---|---|

---

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

---

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

**Customer:**

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
 • *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

**Company:**

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as May 14, 2018

**COMPANY:**                                                                    **CUSTOMER:**

**RESMAN, LLC,**                                                                Karya Property Management, LLC
a Utah limited liability company
d/b/a ResMan

By: _____                        By: _____
Name:  Russell Burns                                              Name: Jeff Gomez
Title: Sales Director                                                 Title: CTO
Date:  May 14, 2018                                               Date:  5/14/2018



**ResMan Order Form**

Customer Contact:

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|

Jeff Gomez
jgomez@karyamanegement.com

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 688 | 10/15/2018 | 10/30/2018 |

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 688 | $ | $ |

**ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

| Bayou Park | 4400 Memorial Dr. Houston, TX 77007 | GO-LIVE DATE: | | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 688 | $ | $ |
| EasyLease | EasyLease Online Workflow | 688 | $ | $ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES SUBTOTAL** | | | | $

**ORDER TOTAL** | | | | $

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
• *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

==*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*==

Executed to be effective as October 15, 2018

**COMPANY:**                                                    **CUSTOMER:**

==**RESMAN, LLC,**==                                              ==Karya Property Management, LLC==
a Utah limited liability company
d/b/a ResMan

By: _Russell Burns_____              By: _Jeffrey Gomez_____
Name:  Russell Burns                                        Name: Jeff Gomez
Title:  Sales Director                                         Title: CTO
Date:   October 15, 2018                                   Date:   10/15/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|
| | | | |

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 324 | 8/16/2017 | 8/22/2017 |

---

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan was designed with you in mind! Your Order was also created especially for you by Kesha Howard, your Account Manager.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

---

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 324 | $ | $ |
| Training | Live Training | 0 | $ | $ |
| *Live training travel expenses* | *Expenses invoiced post-training (flight, hotel, car rentals & meals)* | | | |

| ONE-TIME CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

| Legacy at Westchase | 10070 Westpark Dr, Houston, TX 77042 | | GO-LIVE DATE: | |
|---|---|---|---|---|
| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 324 | $ | $ |
| EasyLease | EasyLease Online Workflow | 324 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | per subscriber per month | Y | $ | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|
| | | | | |
| RECURRING CHARGES & FEES SUBTOTAL | | | | $ |

| ORDER TOTAL | | | | |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
• *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service. We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as August 16, 2017

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _Kesha Howard_
Name:  Kesha Howard
Title: Account Manager
Date:  August 16, 2017

**CUSTOMER:**

Karya Property Management, LLC

By: _Jeff Gomez_
Name: Jeff Gomez
Title: CTO
Date:  8/22/2017



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | | Requested by: | Justin Daggett |
|---|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 3 | 649 | 2/4/2019 | 2/28/2019 |

**Welcome to ResMan!**

We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.

ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 649 | $ | $ |

**ONE-TIME CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

| Lure | 2929 Kings Rd., Dallas, TX 75219 | | GO-LIVE DATE: | |
|---|---|---|---|---|

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimited texting | 143 | $ | $ |
| EasyLease | EasyLease Online Workflow | 143 | $ | $ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

| Clear Creek | 13590 Earnshaw St., Overlook Park, KS 66221 | | GO-LIVE DATE: | |
|---|---|---|---|---|

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimited texting | 288 | $ | $ |
| EasyLease | EasyLease Online Workflow | 288 | $ | $ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES**

| Plata 47 | 4747 Pennwood Ave., Las Vegas, NV 89102 | | GO-LIVE DATE: | |
|---|---|---|---|---|

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimited texting | 218 | $ | $ |
| EasyLease | EasyLease Online Workflow | 218 | $ | $ |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

**PROPERTY CHARGE & FEES SUBTOTAL** | | | | $

**RECURRING CHARGES & FEES SUBTOTAL** | | | | $

**ORDER TOTAL** | | | | $

*ResMan Consolidated Billing (RCB) - *RCB items include transaction-based fees that will vary month-to-month based on usage. Items labelled *RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.

**Vendor Invoiced (VI) - *VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider. These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

*Customer:*

*• By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
*• You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
*• You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
*• You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

*Company:*

*• We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
*• We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
*• We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as February 4, 2019

**COMPANY:**

**RESMAN, LLC,**
a Utah limited liability company
d/b/a ResMan

By: _____
Name: Paul Miller
Title: CFO
Date:  February 4, 2019

**CUSTOMER:**

Karya Property Management, LLC

By: _____
Name: Jeff Gomez
Title: CTO
Date: 2/11/2019



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanagement.com

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|
| | | | |

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 2 | 504 | 2/8/2018 | 2/14/2018 |

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan was designed with you in mind! Your Order was also created especially for you by Kesha Howard, your Account Manager.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 504 | $2.00 | $ ▓ |

| ONE-TIME CHARGE & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

Northchase Village    4522 Sylvanfield Dr, Houston, TX 77014    **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 232 | $ ▓ | $ ▓ |
| EasyLease | EasyLease Online Workflow | 232 | $ ▓ | $ ▓ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ ▓ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ ▓ | $ ▓ |
| Credit Builder | $ ▓ per subscriber per month | Y | $ ▓ | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

Summit at Champions    14365 Cornerstone Village Dr, Houston, TX 77014    **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 272 | $ ▓ | $ ▓ |
| EasyLease | EasyLease Online Workflow | 272 | $ ▓ | $ ▓ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ ▓ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ ▓ | $ ▓ |
| Credit Builder | $ ▓ per subscriber per month | Y | $ ▓ | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

| RECURRING CHARGES & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

| ORDER TOTAL | | | | $ ▓ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
 • *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as February 8, 2018

**COMPANY:**                                                                                   **CUSTOMER:**

**RESMAN, LLC.**                                                                       Karya Property Management, LLC

a Utah limited liability company
d/b/a ResMan

By: _Kesha Howard_                                                             By: _Jeff Gomez_
Name:  Kesha Howard                                                           Name:  Jeff Gomez
Title:  Account Manager                                                        Title:  CTO
Date:   February 9, 2018                                                        Date:   2/12/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | | Requested by: | David Ganc |
|---|---|---|---|---|

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 208 | 4/11/2018 | 4/19/2018 |

*Welcome to ResMan!*

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 208 | $ ▓ | $ ▓ |

| ONE-TIME CHARGE & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

| Stonecreek | 20000 Saums Rd, Katy, TX 77449 | GO-LIVE DATE: | | |
|---|---|---|---|---|
| **CHARGE/FEE** | **DESCRIPTION** | **QUANTITY** | **PRICE** | **TOTAL** |
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 208 | $ ▓ | $ ▓ |
| EasyLease | EasyLease Online Workflow | 208 | $ ▓ | $ ▓ |
| ResMan Qualifer | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ ▓ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ ▓ | $ ▓ |
| Credit Builder | $ ▓ per subscriber per month | Y | $ ▓ | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

| RECURRING CHARGES & FEES SUBTOTAL | | | | $ ▓ |
|---|---|---|---|---|

| ORDER TOTAL | | | | $ ▓ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage. Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider. These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

**Customer:**

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
 • *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

**Company:**

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Management Company, LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as April 11, 2018

**COMPANY:**                                                    **CUSTOMER:**

**RESMAN, LLC,**                                              Karya Property Management, LLC
a Utah limited liability company
d/b/a ResMan

By: _Russell Burns_____        By: _Jeff Gomez_____
Name:  Russell Burns                                      Name: Jeff Gomez
Title: Sales Director                                         Title: CTO
Date:  April 11, 2018                                       Date:  4/11/2018



**ResMan Order Form**

**Customer Contact:**
Jeff Gomez
jgomez@karyamanegement.com

| Order No. | | Requested by: | David Ganc |
|---|---|---|---|
| | | | |

| Parent ID | Properties | Unit Total | Order Date | Expiration |
|---|---|---|---|---|
| TBD | 1 | 158 | 9/11/2017 | 9/17/2017 |

---

**Welcome to ResMan!**

*We are excited that you have chosen our software to manage your business. We are dedicated to delivering Service First in all of our customer relationships. This means that we will do our best to fulfill your needs and meet your expectations.*

*ResMan was designed with you in mind! Your Order was also created especially for you by Kesha Howard, your Account Manager.*

*ResMan is easy to use and we believe our ordering process should be the same way. In this Order you won't find complicated legal terms or tiresome passages of legal terminology. We have no desire to trick you into signing something that you might later regret.*

---

**ORDER DETAIL**

**ONE-TIME CHARGES & FEES**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| Implementation Fee | Setup and installation | 158 | $ | $ |
| Training | Live Training | 0 | $ | $ |
| *Live training travel expenses* | *Expenses invoiced post-training (flight, hotel, car rentals & meals)* | | | |

| ONE-TIME CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

**RECURRING CHARGES & FEES**

Tivoli at Vintage Park Apartments    10110 Charterwood Dr. Houston, TX 77070    **GO-LIVE DATE:**

| CHARGE/FEE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| ResMan Essentials Software Platform | Per-unit software fee including unlimted texting | 158 | $ | $ |
| EasyLease | EasyLease Online Workflow | 158 | $ | $ |
| ResMan Qualifier | Easy Lease Screening: ResMan Qualifier Basic Package - per transaction | Y | $ | *RCB |
| PayLease | EasyLease Payments: PayLease | Y | | *VI |
| Engage 360 | Easy Lease Website: Deluxe Website Package | 1 | $ | $ |
| Credit Builder | $ per subscriber per month | Y | $ | *RCB |

| PROPERTY CHARGE & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|

| RECURRING CHARGES & FEES SUBTOTAL | | | | $ |
|---|---|---|---|---|

| ORDER TOTAL | | | | $ |
|---|---|---|---|---|

*\*ResMan Consolidated Billing (RCB) - \*RCB items include transaction-based fees that will vary month-to-month based on usage.  Items labelled \*RCB will be included in your monthly consolidated billing, invoiced to you by ResMan.*

*\*\*Vendor Invoiced (VI) - \*VI items include transaction-based fees that can vary month-to-month based on usage and will be invoiced to you directly by the Vendor selected as the service provider.  These fees will not appear in your monthly ResMan Consolidated Bill and will be invoiced to you separately by your Vendor.*

*In order to implement and activate your service, it is important that we work together. We each have some important roles to perform in this process.*

***Customer:***

• *By executing this Order, you attest that you have the full authority to execute this Order and bind your company or organization.*
• *You agree to provide us with everything that we need to complete your implementation when we need it and in the format that we need.*
• *You agree to review our work, provide feedback and sign-off approval in a timely manner. Deadlines are important. You agree to be bound by the dates that we set together.*
 • *You also agree to adhere to the payment schedule described in this Order. For us to meet our timeline for you, we'll need your help in meeting the timeline as well.*

***Company:***

• *We have the experience and ability to perform the services you need from us and we will carry them out in a professional and timely manner.*
• *We are committed to delivering exceptional service.  We can't be responsible for a missed launch date or a deadline if you have been late in supplying materials or have not approved or timely signed off on our work on-time during any stage of your implementation.*
• *We will maintain the confidentiality of any information that you entrust to us.*

*If we meet these commitments to each other, we'll be able to successfully activate your service and get you started on the ResMan platform on time.*

*By signing this order form, you agree to the terms of ResMan's Master Subscription Agreement (MSA), available online at the following link:  https://myresman.com/master-subscription-agreement/ The Master Subscription Agreement (the "Agreement") constitutes a legally binding contract between Karya Property Mongement,  LLC and ResMan, LLC, a Utah limited liability corporation.  If this is your first order form, the effective date of this agreement establishes your annual contract renewal date for this and all future orders.*

Executed to be effective as September 11, 2017

**COMPANY:**

**RESMAN, LLC.**
a Utah limited liability company
d/b/a ResMan

By: _Kesha Howard_
Name:  Kesha Howard
Title: Account Manager
Date:  September 11, 2017

**CUSTOMER:**

Karya Property Management, LLC

By: _Jeff Gomez_
Name:  Jeff Gomez
Title: CTO
Date:  9/19/2017