# Exhibit 5



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 301)

Filed in the Office of the
Secretary of State of Texas
Filing #: 800460537 03/01/2005
Document #: 83991000002
Image Generated Electronically
for Web Filing

## APPLICATION FOR CERTIFICATE OF AUTHORITY

Pursuant to the provisions of article 8.05 of the Texas Business Corporation Act, the undersigned corporation hereby applies for a certificate of authority to transact business in Texas:

1. The name of the corporation is:
   Scarlet Infotech, Inc

2. A. If the name of the corporation in its jurisdiction of incorporation does not contain the word "corporation," "company," "incorporated," or "limited" (or an abbreviation thereof), then the name of the corporation with the word or abbreviation which it elects to add for use in Texas is:

   B. If the corporate name is not available in Texas, then set forth the name under which the corporation will qualify and transact business in Texas:
   S INFO, Inc

3. The federal employer identification number, if available, is: 010641832

4. It is incorporated under the laws of: DE, USA

5. The date of its incorporation is: April 20, 2002 and the period of duration is: perpetual
   (state "perpetual", enter term of years, or enter expiration date)

6. The address of its principal office in the state or country under the laws of which it is incorporated is
   The Company Corporation, 2711 Centerville Road, Suite 400, Wilmington, DE, USA 19808

7. The street address of its proposed registered office in Texas is (a P.O. Box is not sufficient)
   12750 briar Forest Dr, Suite 1401, Houston, TX, USA 77077
   and the name of its proposed registered agent in Texas at such address is
   Jitendra K Agarwal

8. The purpose or purposes of the corporation which it proposes to pursue in the transaction of business in Texas are

Software Consulting

9. It is authorized to pursue such purpose or purposes in the state or country under the laws of which it is incorporated.

10. The names and respective addresses of its directors are:

| |
|---|
| Director 1: |
| Jitendra  K  Agarwal |
| Street Address: |
| 12750 briar Forest Dr, 1401   Houston  TX, USA  77077 |

11. The names and respective addresses of its officers are:

| | |
|---|---|
| Officer 1: | |
| Jitendra  K  Agarwal | Title:  Director |
| Street Address: | |
| 12750 briar Forest Dr, 1401   Houston  TX, USA  77077 | |

12. As of the date of filing, the undersigned certifies that the corporation exists as a valid corporation under the laws of the jurisdiction of its formation.

13. Supplemental Provisions/Information

[The attached addendum, if any, is incorporated herein by reference.]

14. ☑A. This document will become effective when the document is filed by the Secretary of State.
☐B. This document will become effective at a later date, which is not more than ninety (90) days from the date of its filing by the Secretary of State. The delayed effective date is: _____

15. If name chosen for this filing has an active name reservation document, enter that document number here:

Jitendra Agarwal
Authorized Officer

FILING OFFICE COPY