# Exhibit 6



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

**FILED**
In the Office of the
Secretary of State of Texas

OCT 21 2005

**Corporations Section**

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The name of the corporation, limited liability company, limited partnership, or registered limited liability partnership as stated in its articles of incorporation, articles of organization, certificate of limited partnership, application for certificate of authority or comparable document is
   _Scarlet Infotech, Inc._

2. The assumed name under which the business or professional service is or is to be conducted or rendered is
   _Expedien, Inc_

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is _Delaware, DE_ and the address of its registered or similar office in that jurisdiction is _Agents and Corporations, 1201 Orange St, Suite 600 Wilmington DE 19801_

4. The period, not to exceed 10 years, during which the assumed name will be used is _10 years_

5. The entity is a (check one):
   A.
   ☑ Business Corporation   ☐ Non-Profit Corporation
   ☐ Professional Corporation   ☐ Professional Association
   ☐ Limited Liability Company   ☐ Limited Partnership
   ☐ Registered Limited Liability Partnership

   B. If the entity is some other type business, professional or other association that is incorporated, please specify below (e.g., bank, savings and loan association, etc.)

6. If the entity is required to maintain a registered office in Texas, the address of the registered office is _12750 Briar Forest Dr, 1401 Houston TX, 77077_ and the name of its registered agent at such address is _Jitendra K Agarwal_

   The address of the principal office (if not the same as the registered office) is
   _12750 Briar Forest Dr, 1401 Houston TX 77077_

7. If the entity is not required to or does not maintain a registered office in Texas, the office address in Texas is _____

and if the entity is not incorporated, organized or associated under the laws of Texas, the address of its place of business in Texas is _____

and the office address elsewhere is _____

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "ALL" or "ALL EXCEPT")
   A L L

9. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document.

By _____[signature]_____

Signature of officer, general partner, manager, representative or attorney-in-fact of the entity

## NOTE

This form is designed to meet statutory requirements for filing with the secretary of state and is not designed to meet filing requirements on the county level. Filing requirements for assumed name documents to be filed with the county clerk differ. Assumed name documents filed with the county clerk are to be executed and acknowledged by the filing party, which requires that the document be notarized.

Form No. 503
Revised 09/05