# Exhibit 8

### Individual Contributions Arranged By Type, Giver, Then Recipient

#### Contributions to All Other Political Committees Except Joint Fundraising Committees

| Contributor Name | City | State | ZIP Code | Employer | Occupation | Committee Name | Transaction Date | Amount | Image Number |
|---|---|---|---|---|---|---|---|---|---|
| AGARWAL, JITEN | HOUSTON | TX | 77077 | NOT LISTED | NOT LISTED | BERA_AMERISH VIA BERA FOR CONGRESS | 03/06/2014 | 500.00 | 14941205310 |
| AGARWAL, JITEN | HOUSTON | TX | 77077 | SELF EMPLOYED | BUSINESS OWNER | KRISHNAMOORTHI S. RAJA VIA FRIENDS OF RAJA FOR CONGRESS | 09/16/2016 | 250.00 | 201610159032666208 |
| AGARWAL, JITEN MR. | HOUSTON TX | | 77077 | EXPEDIEN | SELF EMPLOYER | OLSON_PETER G. VIA OLSON FOR CONGRESS COMMITTEE | 08/14/2018 | 2700.00 | 201810159124835008 |
| AGARWAL, JITENDRA K | HOUSTON TX | | 77077 | EXPEDIEN | BUSINESS OWNER | CLINTON_HILLARY RODHAM / TIMOTHY MICHAEL KAINE VIA HILLARY CLINTON FOR PRESIDENT | 02/25/2008 | 250.00 | 28931434839 |
| | | | | | | **Total Contributions:** | | 3700.00 | |

#### Joint Fundraising Contributions

These are contributions to committees who are raising funds to be distributed to other committees. The breakdown of these contributions to their final recipients may appear below

| Contributor Name | City | State | ZIP Code | Employer | Occupation | Committee Name | Transaction Date | Amount | Image Number |
|---|---|---|---|---|---|---|---|---|---|
| AGARWAL, JITEN | HOUSTON TX | | 77024 | KARYA PROPERTY MANAGEMENT | OWNER | TEAM RYAN | 11/10/2017 | 5000.00 | 201801189090439459 |
| AGARWAL, JITEN | HOUSTON TX | | 77077 | EXPEDIEN | CEO | CULBERSON VICTORY COMMITTEE | 08/27/2018 | 5000.00 | 201810159124802699 |
| | | | | | | **Total Joint Fundraising:** | | 10000.00 | |

#### Recipient of Joint Fundraiser Contributions

These are the Final Recipients of Joint Fundraising Contributions

| Contributor Name | City | State | ZIP Code | Employer | Occupation | Committee Name | Transaction Date | Amount | Image Number |
|---|---|---|---|---|---|---|---|---|---|
| AGARWAL, JITEN | HOUSTON TX | | 77024 | KARYA PROPERTY MANAGEMENT | OWNER | RYAN_PAUL D VIA RYAN FOR CONGRESS_INC. | 11/10/2017 | 2300.00 | 201801189090442737 |
| AGARWAL, JITEN | HOUSTON TX | | 77024 | KARYA PROPERTY MANAGEMENT | OWNER | RYAN_PAUL D. VIA RYAN FOR CONGRESS_INC. | 11/10/2017 | 2700.00 | 201801189090442737 |
| AGARWAL, JITEN | HOUSTON TX | | 77077 | EXPEDIEN | CEO | HARRIS COUNTY REPUBLICAN PARTY FEDERAL COMMITTEE | 09/28/2018 | 2300.00 | 201810259133305778 |
| AGARWAL, JITEN | HOUSTON TX | | 77077 | EXPEDIEN | CEO | CULBERSON JOHN VIA CULBERSON FOR CONGRESS | 08/27/2018 | 2700.00 | 201810259130952846 |
| | | | | | | **Recipient Total:** | | 10000.00 | |

TRY A: **NEW QUERY** RETURN TO: **FEC HOME PAGE**

Generated Fri May 31 11:13:48 2019

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: webmaster@fec.gov.

| SCHEDULE A (FEC Form 3) | Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 5 OF 152 |
|---|---|---|---|
| ITEMIZED RECEIPTS | | X 11a  □ 11b  □ 11c  □ 11d<br>□ 12  □ 13a  □ 13b  □ 14  □ 15 | |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
OLSON FOR CONGRESS COMMITTEE

**A.** Full Name (Last, First, Middle Initial): Agarwal, Jiten, , Mr.,
Mailing Address: 13710 Slate Creek Ln
City: Houston    State: TX    Zip Code: 77077
FEC ID number of contributing federal political committee: C
Name of Employer: Expedien
Occupation: Self Employer
Receipt For: 2018  □ Primary  X General  □ Other (specify)
Date of Receipt: 08/14/2018
Transaction ID: SA1559
Amount of Each Receipt this Period: 2700.00
□ Memo Item
Election Cycle-to-Date: 2700.00

**B.** Full Name (Last, First, Middle Initial): Agarwal, Rachna, , Mrs.,
Mailing Address: 13710 Slate Creek Ln
City: Houston    State: TX    Zip Code: 77077
FEC ID number of contributing federal political committee: C
Name of Employer: Expedien Foundation
Occupation: Non Profit
Receipt For: 2018  □ Primary  X General  □ Other (specify)
Date of Receipt: 08/14/2018
Transaction ID: SA1560
Amount of Each Receipt this Period: 2700.00
□ Memo Item
Election Cycle-to-Date: 2700.00

**C.** Full Name (Last, First, Middle Initial): [redacted]
Mailing Address: [redacted]
City: [redacted]    State: [redacted]    Zip Code: [redacted]
FEC ID number of contributing federal political committee: C
Name of Employer: [redacted]
Occupation: [redacted]
Receipt For: 2018  □ Primary  □ General  □ Other (specify)
Date of Receipt: [redacted]
Transaction ID: SA1678
Amount of Each Receipt this Period: [redacted]
□ Memo Item
Election Cycle-to-Date: [redacted]

SUBTOTAL of Receipts This Page (optional) ......................................................... ▶ [redacted]

TOTAL This Period (last page this line number only) .............................................. ▶

FEC **Schedule A** (Form **3**) (Revised 05/2016)

**SCHEDULE A (FEC Form 3P)**
**ITEMIZED RECEIPTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)   PAGE 218 / 35952

☐ 16  ☒ 17a  ☐ 17b  ☐ 17c  ☐ 17d  ☐ 18
☐ 19a ☐ 19b  ☐ 20a  ☐ 20b  ☐ 20c  ☐ 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Hillary Clinton for President

**A.**
Full Name (Last, First, Middle Initial)
[redacted]
Mailing Address [redacted]
City [redacted]   State [redacted]   Zip Code [redacted]
FEC ID number of contributing federal political committee.
Name of Employer [redacted]   Occupation [redacted]
Receipt For: 2008
☐ Primary   ☐ General
Other (specify) ▼
Date of Receipt: [redacted]
Amount of Each Receipt this Period: [redacted]
Election Cycle-to-Date: [redacted]
Transaction ID: [redacted]

**B.**
Full Name (Last, First, Middle Initial)
Jitendra K Agarwal
Mailing Address
12750 Briar Forest Dr Apt 1401
City: Houston   State: TX   Zip Code: 77077-2372
FEC ID number of contributing federal political committee.
Name of Employer: Expedien   Occupation: Business Owner
Receipt For: 2008
X Primary   ☐ General
Other (specify) ▼
Date of Receipt: 02 / 25 / 2008
Amount of Each Receipt this Period: 250.00
Election Cycle-to-Date: 250.00
Transaction ID: C1861941

**C.**
Full Name (Last, First, Middle Initial)
[redacted]
Mailing Address [redacted]
City [redacted]   State [redacted]   Zip Code [redacted]
FEC ID number of contributing federal political committee.
Name of Employer [redacted]   Occupation [redacted]
Receipt For: 2008
☐ Primary   ☐ General
Other (specify) ▼
Date of Receipt: [redacted]
Amount of Each Receipt this Period: [redacted]
Election Cycle-to-Date: [redacted]
Transaction ID: [redacted]

SUBTOTAL of Receipts This Page (optional) .......................... ▶ [redacted]

TOTAL This Period (last page this line number only) ................ ▶

FEC Schedule A (Form 3P) (Revised 1/2001)

## SCHEDULE A (FEC Form 3X)
### ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)  PAGE 757 OF 946

[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Team Ryan**

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
AGARWAL, JITEN, , ,

Mailing Address: 8901 GAYLORD DR STE 100
City: HOUSTON   State: TX   Zip Code: 77024-3042

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual): KARYA PROPERTY MANAGEMENT
Occupation (for Individual): OWNER

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Aggregate Year-to-Date: 5000.00

Date of Receipt: 11 / 10 / 2017
Transaction ID: SA11A.527030
Amount of Each Receipt this Period: 5000.00

[X] Memo Item
CONTRIBUTION

PARTNERSHIP ATTRIBUTION

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
[redacted]

Mailing Address: [redacted]
City: [redacted]   State: [redacted]   Zip Code: [redacted]

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual): 
Occupation (for Individual):

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Aggregate Year-to-Date: [redacted]

Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]

[ ] Memo Item
CONTRIBUTION

REFUNDED [redacted] ON [redacted]

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
[redacted]

Mailing Address: [redacted]
City: [redacted]   State: [redacted]   Zip Code: [redacted]

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual):
Occupation (for Individual):

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Aggregate Year-to-Date: [redacted]

Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]

[ ] Memo Item
CONTRIBUTION

VERIFIED AS FEDERALLY PERMISSIBLE FUNDS; SEE ATTRIBUTION BELOW

---

SUBTOTAL of Receipts This Page (optional) ▶ [redacted]

TOTAL This Period (last page this line number only) ▶

FEC Schedule A (Form 3X) Rev. 06/2016

**SCHEDULE A (FEC Form 3X)**
**ITEMIZED RECEIPTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

PAGE 6 OF 61

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**CULBERSON VICTORY COMMITTEE**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
AGARWAL, JITEN, , ,

Mailing Address: 13710 SLATE CREEK LN
City: HOUSTON
State: TX
Zip Code: 77077-2146

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual): EXPEDIEN
Occupation (for Individual): CEO

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Date of Receipt: 08 / 27 / 2018
Transaction ID: AFFA32C5DD95048FC8F2
Amount of Each Receipt this Period: 5000.00
[ ] Memo Item

Aggregate Year-to-Date: 5000.00

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
[redacted]

Mailing Address: [redacted]
City: [redacted]
State: [redacted]
Zip Code: [redacted]

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual): RETIRED
Occupation (for Individual): [redacted]

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
[ ] Memo Item

Aggregate Year-to-Date: [redacted]

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
[redacted]

Mailing Address: [redacted]
City: [redacted]
State: [redacted]
Zip Code: [redacted]

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual): NEWQUEST PROPERTIES
Occupation (for Individual): [redacted]

Receipt For: [ ] Primary [ ] General [ ] Other (specify)

Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
[ ] Memo Item

Aggregate Year-to-Date: [redacted]

---

SUBTOTAL of Receipts This Page (optional) ........................ ▶ [redacted]

TOTAL This Period (last page this line number only) .............. ▶

FEC Schedule A (Form 3X) Rev. 06/2016

| SCHEDULE A (FEC Form 3) ITEMIZED RECEIPTS | Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) 11a ☐ 11b ☐ 11c ☐ 11d ☐ X 12 ☐ 13a ☐ 13b ☐ 14 ☐ 15 ☐ | PAGE 1622 OF 3146 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Ryan for Congress, Inc.

**A.** Full Name: AGARWAL, JITEN, , ,
Mailing Address: 8901 GAYLORD DR STE 100
City: HOUSTON  State: TX  Zip Code: 77024-3042
FEC ID number of contributing federal political committee: C
Name of Employer: KARYA PROPERTY MANAGEMENT
Occupation: OWNER
Receipt For: 2018  ☐ Primary  X General  ☐ Other (specify)
Election Cycle-to-Date: 5000.00
Date of Receipt: 11 / 10 / 2017
Transaction ID: SA.527030.10.0032
Amount of Each Receipt this Period: 2300.00
X Memo Item
TRANSFER
PARTNERSHIP ATTRIB: KARYA PROPERTY MANAGEMENT, LLC

**B.** Full Name: AGARWAL, JITEN, , ,
Mailing Address: 8901 GAYLORD DR STE 100
City: HOUSTON  State: TX  Zip Code: 77024-3042
FEC ID number of contributing federal political committee: C
Name of Employer: KARYA PROPERTY MANAGEMENT
Occupation: OWNER
Receipt For: 2018  X Primary  ☐ General  ☐ Other (specify)
Election Cycle-to-Date: 5000.00
Date of Receipt: 11 / 10 / 2017
Transaction ID: SA.527030.9.0032
Amount of Each Receipt this Period: 2700.00
X Memo Item
TRANSFER
PARTNERSHIP ATTRIB: KARYA PROPERTY MANAGEMENT, LLC

**C.** Full Name: [redacted]
Mailing Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]
FEC ID number of contributing federal political committee: C
Name of Employer: NONE
Occupation: [redacted]
Receipt For: 2018  ☐ Primary  ☐ General  ☐ Other (specify)
Election Cycle-to-Date: [redacted]
Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
☐ Memo Item
TRANSFER
TRANSFER FROM TEAM RYAN

SUBTOTAL of Receipts This Page (optional) ......................... ▶ [redacted]

TOTAL This Period (last page this line number only) ............. ▶

FEC Schedule A (Form 3) (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[ ] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[X] 12   [ ] 13a  [ ] 13b  [ ] 14   [ ] 15

PAGE 1622 OF 3146

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full): Ryan for Congress, Inc.

**A.** Full Name: AGARWAL, JITEN, , ,
Mailing Address: 8901 GAYLORD DR STE 100
City: HOUSTON  State: TX  Zip Code: 77024-3042
FEC ID number of contributing federal political committee: C
Name of Employer: KARYA PROPERTY MANAGEMENT
Occupation: OWNER
Receipt For: 2018  [ ] Primary  [X] General  [ ] Other (specify)
Election Cycle-to-Date: 5000.00

Date of Receipt: 11/10/2017
Transaction ID: SA.527030.10.0032
Amount of Each Receipt this Period: 2300.00
[X] Memo Item
TRANSFER
PARTNERSHIP ATTRIB: KARYA PROPERTY MANAGEMENT, LLC

**B.** Full Name: AGARWAL, JITEN, , ,
Mailing Address: 8901 GAYLORD DR STE 100
City: HOUSTON  State: TX  Zip Code: 77024-3042
FEC ID number of contributing federal political committee: C
Name of Employer: KARYA PROPERTY MANAGEMENT
Occupation: OWNER
Receipt For: 2018  [X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 5000.00

Date of Receipt: 11/10/2017
Transaction ID: SA.527030.9.0032
Amount of Each Receipt this Period: 2700.00
[X] Memo Item
TRANSFER
PARTNERSHIP ATTRIB: KARYA PROPERTY MANAGEMENT, LLC

**C.** Full Name: [redacted]
Mailing Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]
FEC ID number of contributing federal political committee: C
Name of Employer: NONE
Occupation: [redacted]
Receipt For: 2018  [ ] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: [redacted]

Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
[ ] Memo Item
TRANSFER
TRANSFER FROM TEAM RYAN

SUBTOTAL of Receipts This Page (optional) ............................. ▶

TOTAL This Period (last page this line number only) ............................. ▶

FEC Schedule A (Form 3) (Revised 05/2016)

**SCHEDULE A  (FEC Form 3X)**
**ITEMIZED RECEIPTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)   PAGE  31  OF  101
[ ] 11a  [ ] 11b  [ ] 11c  [X] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16   [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Harris County Republican Party Federal Committee**

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name: [redacted]
Mailing Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]
FEC ID number of contributing federal political committee: C[redacted]
Name of Employer (for Individual): [blank]  Occupation (for Individual): [blank]
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: [redacted]
Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
[ ] Memo Item
Contribution

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name: [redacted]
Mailing Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]
FEC ID number of contributing federal political committee: C[redacted]
Name of Employer (for Individual): [redacted]  Occupation (for Individual): [redacted]
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: [redacted]
Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
[ ] Memo Item
Contribution

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name: **Agarwal, Jiten**, , ,
Mailing Address: 13710 Slate Creek Ln
City: Houston  State: TX  Zip Code: 77077
FEC ID number of contributing federal political committee: C
Name of Employer (for Individual): **Expedien**  Occupation (for Individual): **CEO**
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 2300.00
Date of Receipt: 09 / 28 / 2018
Transaction ID: SA12.18421.16
Amount of Each Receipt this Period: 2300.00
[X] Memo Item
Contribution

SUBTOTAL of Receipts This Page (optional) ▶ 0.00

TOTAL This Period (last page this line number only) ▶

FEC Schedule A (Form 3X) Rev. 06/2016

| SCHEDULE A (FEC Form 3) | Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 201 OF 314 |
|---|---|---|---|
| ITEMIZED RECEIPTS | | X 12  11a  11b  11c  11d  13a  13b  14  15 | |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
CULBERSON FOR CONGRESS

**A.**
Full Name (Last, First, Middle Initial): AGARWAL, JITEN, , ,
Mailing Address: 13710 SLATE CREEK LN
City: HOUSTON
State: TX
Zip Code: 77077-2146
FEC ID number of contributing federal political committee: C
Name of Employer: EXPEDIEN
Occupation: CEO
Receipt For: 2018  ☐ Primary  ☒ General  ☐ Other (specify)
Election Cycle-to-Date: 2700.00
Date of Receipt: 08/27/2018
Transaction ID: A6D42C8A64A2D48DB83C
Amount of Each Receipt this Period: 2700.00
☒ Memo Item

**B.**
Full Name (Last, First, Middle Initial): [redacted]
Mailing Address: [redacted]
City: [redacted]
State: [redacted]
Zip Code: [redacted]
FEC ID number of contributing federal political committee: C [redacted]
Name of Employer: 
Occupation: 
Receipt For: 2018  ☐ Primary  ☐ General  ☐ Other (specify)
Election Cycle-to-Date: [redacted]
Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
☐ Memo Item
TRANSFER OF JOINT FUNDRAISING PROCEEDS

**C.**
Full Name (Last, First, Middle Initial): [redacted]
Mailing Address: [redacted]
City: [redacted]
State: [redacted]
Zip Code: [redacted]
FEC ID number of contributing federal political committee: C C00525212
Name of Employer: 
Occupation: 
Receipt For: 2018  ☐ Primary  ☐ General  ☐ Other (specify)
Election Cycle-to-Date: [redacted]
Date of Receipt: [redacted]
Transaction ID: [redacted]
Amount of Each Receipt this Period: [redacted]
☒ Memo Item

SUBTOTAL of Receipts This Page (optional) ................................................▶ [redacted]

TOTAL This Period (last page this line number only) ..............................▶

FEC **Schedule A** (Form 3) (Revised 05/2016)