# Exhibit 9



| ERP Business Analyst Property Management Sol... |

Jobs    Messages    Profile                                                                 Sign In

Anthem  Houston, TX

Full-Time

 **Sr. Business Analyst - VFA Advisory Services**
AIG  Houston, TX

Full-Time

# ERP Business Analyst - Property Management Solution
**Expedien**    Houston, TX

Expired: February 11, 2018. Applications are no longer accepted.

A leader in consulting and information technology services, Expedien partners with Global 2000 companies to provide business intelligence consulting, systems integration, application development, and product engineering services. Expedien is an alliance partner with SAP America, Oracle & Microsoft Corp.We are looking for a Business Analyst having extensive experience in designing and developing Enterprise Resource Planning (ERP) application based on PHP, Java and Angular JS. Any experience with any Property Management Software like Resman will be a BIG PLUS!! LOCAL CANDIDATES ONLY!! Responsibilities will include:Understand and gather business and technical requirement from usersDevelop customer-focused documentation for software solutionsCollaborate with designers on wire-frames, interactions, and user flowsInvent and analyze product specification to meet business goal, working closely with development teamEvaluate business, technical, and functional requirementsEstablish creative and accessible solutions for new product requirementsWork with the client to get an approval on design, workflow based on the gathered requirementsExperience with PHP Frameworks, Java/Angular JS and Software Development Lifecycle is a BIG PLUS!!Please send your resume along with hourly rates & availability.  - provided by DiceBusiness Analyst, USE Cases, Entity Relationship Diagram, ERP, business analysis, PHP, Java, Angular JS

**Get fresh ERP Business Analyst - Property Management Solution jobs daily straight to your inbox!**