# Exhibit 11

Attorney Needed ASAP - Able to respond to new cases today? Immediate need for a local attorney.



Promoted

Attorney Needed ASAP
Able to respond to new cases? Immediate need for a local attorney.
Learn more

Want to try a Lexus?
What Microscope? Call Us For a Free Demo "Lexus's Exclusive Dealer"
Learn more

**Vishal Agarwal**
Partner & Head of Systems Development at Expedien India Pvt. Ltd.
Gurgaon, Haryana, India · 500+ connections · See contact info

Expedien India Pvt. Ltd.
Indian Institute of Technolo...

Message · More...

## Experience

**Partner & Head of Systems Development**
Expedien India Pvt. Ltd.
Nov 2015 – Present · 3 yrs 7 mos
Gurgaon, India

Expedien India Pvt. Ltd. is Indian arm of Expedien Inc, Houston, TX, USA. Expedien Inc. specializes in providing Enterprise Data Management, Analytics, Business Intelligence, Data Warehousing, Data Integration, Data Migration, Master Data Management, SAP, and Application Development and solutions to its clients across North America, Europe & Asia.

Expedien India has started operations in Gurgaon recently to focus on Enterprise Systems development and business consulting.

**Partner and Business Head**
RNkgS
Apr 2017 – Present · 2 yrs 2 mos
Gurgaon, India

RNkgS is a Gurgaon based digital product innovation & consulting firm. At RNkgS, we design and build elegant, data-driven digital solutions for complex business problems. At the core of solutions crafted by us is a very strong User Experience practice to deeply understand the goals and iterations of business and end users.

**Co-Founder**
Crindo
Nov 2015 – Mar 2017 · 1 yr 5 mos
New Delhi Area, India

Our first product Lo-Me was to enable travel agency businesses to become a certified seller of luxury products. We had number of luxury hotel brands like Soneva, Conrad, Keemala and Anantara offering learning programs on the platform for their various properties. Platform was used by more than 1000 luxury travel agency businesses.

**Head of Systems Development**
Expedien, Inc.
Sep 2014 – Oct 2015 · 1 yr 2 mos
Gurgaon, India

Expedien to expanded into skills development and a learning offering. I joined the team to build the system and operations from ground up.

**IT Strategy Consultant**
passbrains.ag
Jun 2013 – May 2014 · 1 yr
Gurgaon, India

Pass Technologies AG is a niche service provider of Independent Verification & Validation (V&V) and Quality Assurance (QA) Services. Passbrains is an innovative crowd testing platform offered by Pass group.
...See more

Show 4 more experiences ∨

## Education

**Indian Institute of Technology, Delhi**
M.Tech.
1993 – 1995

**Malaviya National Institute of Technology Jaipur**
B.E., Mechanical
1989 – 1993

## Skills & Endorsements

**Team Management** · 32
Endorsed by Bidyut Thakur and 1 other who is highly skilled at this
Endorsed by 12 of Vishal's colleagues at Sapient

**Software Project Management** · 31
Endorsed by Vishal Khera and 3 others who are highly skilled at this
Endorsed by 11 of Vishal's colleagues at Sapient

**Global Delivery** · 32
Endorsed by Vishal Khera and 1 other who is highly skilled at this
Endorsed by 10 of Vishal's colleagues at Sapient

Show more ∨

## Recommendations

Received (10)   Given (3)

**Anurag Shrivastava**
Software Development Manager at Amazon
August 29, 2011, Anurag reported directly to Vishal

Vishal is a wonderful manager he likes to do the things in an innovative manner. Always willing to take extra responsibility in project he has lead from from many times in crises and made the deliveries happen. He takes all the pressure and make sure that his team members are not at all affected by the same. It w...See more

**Sandeep Dhar**
Business Solutions Architect / Senior Practice Leader (BFSI) @ NIIT Technologies Ltd.
May 23, 2010, Vishal worked with Sandeep in the same group

Working with Vishal was a great experience. He is one of the very few people I have known who has the ability to reduce 10,000 lines of spaghetti code to its 100 line functional equivalent in a matter of few hours. I could have said a few minutes and not been too off base, but then Vishal himself would have caught that w...See more

Show more ∨

People Also Viewed

Supriya Tripathi · 3rd
Director Of Products at RNkgX

Bhavika Sharma · 3rd
Actively looking for a change as a Business Analyst with a product based company, preferably in Gurgaon, HR

Ajay K. Jain · 1st
Senior Vice President, Global Delivery at AdvantageGo

Brijesh singh
Assistant Manager IT and operation at Nineteen Apparels Pvt.ltd.

Neelam Rawat
Sr.HR Generalist at Expedien eSolutions Ltd.

Kapil Taneja
Chairman Of The Board at Purple Group Jaipur

Sourav Pandey · 3rd
UX/UI Designer at the intersect of tech, design and human behavior

Bhavika Kattukar
Graphic designer

Manuj Gupta
Manager Technology at Publicis.Sapient

Puran Bisht
Warroble Business Reporting at Aptara Corp

See more

Learn the skills Vishal has

Setting Up a PMO
Viewers: 13,780

Git for Teams
Viewers: 11,407

Project Management Foundations: Integration
Viewers: 8,566

See more courses

Promoted

Bloomberg
Data driven, extensive coverage from a trusted source

Strategy @ HEC Paris
Earn a Corporate Strategy certificate - 100% online, 6000+ students

Fight Healthcare Fraud
Our lawyers can help you claim a reward through our win whistleblower program