Exhibit 12

# Nishant Varshney

Founder & Technology Head at RMgX
Gurgaon, Haryana, India
Information Technology and Services

RMgX
SapientNitro
Guru Gobind Singh
Indraprastha University
500+ connections

**View Nishant Varshney's full profile. It's free!**
Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

Join LinkedIn

## Summary

Nishant has more than 15+ years of experience in defining, designing and developing enterprise grade technology solutions in varied technologies for some of the biggest brands belonging industry verticals, like – Vodafone I.UK), O2, News International, UK Government, CVS Pharmacy, Coupons.com, Loblaw's, IATD and others.

He is passionate about solving real world business problems using technology based solutions and how technology can be used to create value and create difference in the lives of people. He loves to create things with emphasis on design thinking and sometimes re-innovate them to see if they can be bettered.

With this passion he has ventured on an entrepreneurial journey and started RMgX - a new breed of technology focused innovation firm working on innovative solutions. A firm which is - Agile, Evolutionary, Data Driven. The purpose of the organization is creating beautiful and meaningful (most of the times) innovations using the latest technology tools and paradigms. An organization which lays emphasis on experimentation and novelty over archaic ways of doing things.

Nishant also firmly believes in the principles of collaborative working and loves to spread knowledge and keen to learn from people from varied backgrounds and experiences.

## Experience

**Founder & Technology Lead**
RMgX
June 2015 – Present • 4 years
New Delhi
Founded an innovation focused company working in the areas of Mobile | Commerce | Data | Digital.

**Manager Technology**
SapientNitro
June 2013 – June 2015 • 2 years 1 month
Gurgaon, India

**Assistant Manager**
Accenture Technology Solutions
August 2010 – June 2013 • 2 years 11 months
Gurgaon, India

* Setting the India team.
* Managing team spread across multiple geographies
* Architecting and Design the product and new features.
* Supporting sales process.

**Sr Associate Technology Level 2**
Sapient Corp. Ltd
June 2006 – September 2010 • 4 years 4 months
Gurgaon, India

## Education

**Guru Gobind Singh Indraprastha University**
Bachelor's of Technology, Electronics & Communication Engineering, First Class
2000 – 2004

**New Era Public School**
High School, Science
1985 – 2000

## Skills & Endorsements

Join LinkedIn to see Nishant's skills, endorsements, and full profile

## Languages

**English**
Native or bilingual proficiency

**Hindi**
Native or bilingual proficiency

## Groups

Data Science Central

J Architect

HTML5 / CSS3 / Javascript (HTML / CSS / JS)

The Digital Creative Network

Sapient

Big Data and Analytics

**View Nishant Varshney's full profile to...**
• See who you know in common
• Get introduced
• Contact Nishant Varshney directly

Join LinkedIn



## People also viewed

**Supriya Tripathi**
Director Of Products at RMgX

**Preeti Rai**
We are hiring! get in touch with us at
psr@expedien.net

**Bhavika Sharma**
Actively looking for a change as a
Business Analyst with a product based
company preferably in Gurgaon, HR

**Deekshant Joshi**
Software Engineer at RMgX

**Chandrika Maheshwari**
Director – Marketing at Nedlands Inc

**Chandi Agarwal**
Associate UI/UX Designer at RMgX

**Robin Laha**
Associate Technology at RMgX

**Karan Nijhawan**
Technology Associate at RMgX

**Sarada prasad Nayak**
PL/SQL Developer at Accenture

**Saurav Pandey**
UI/UX Designer at the intersect of tech,
design and human behavior.

### Search for other people you know

First name    Last name    →

### Find a different Nishant Varshney

**Nishant Varshney**
Helping Organizations adopt
Technology | Senior Corporate Sales
Professional | Cloud & Managed I
New Delhi Area, India

**Nishant Varshney**
Principal Software Engineer at
Moonfrog Labs
India

**Nishant Varshney**
MANAGER SALES
Noida Area, India

**Nishant Varshney**
Student at Jaypee University of
Information Technology
New Delhi Area, India

More professionals named Nishant Varshney

Linked in    English (English)

© 2019
User Agreement
Privacy Policy
Community Guidelines
Cookie Policy
Copyright Policy
Guest Controls

Amazon Web Services:
Data Analytics

Java Persistence API
(JPA): 2 Inheritance and
Querying

Oracle Database 12c:
Advanced SQL

**Nishant Varshney**
Founder & Technology Head at
RMgX

Guru Gobind Singh Indraprastha
University

View profile    Linked in

View profile badges

### View similar profiles

**Bhupesh Kotak**
Assistant Manager at Genpact

**Harish Tomar**
Assistant Manager at Genpact

**Rupinder Pal Singh**
Assistant Manager at Genpact

**Abhinav Gupta**
Assistant Team Manager at Genpact

**Peeyush Gupta**
Assistant Manager at Genpact

**Palak Oberoi**
Assistant Manager at Genpact

**Anita Tuli**
Assistant Manager at Genpact

**Sonia Verma**
Software Development Engineer...

**Dinesh Kumar**
Assistant Manager at Genpact

**Lisha Vinayak**
Assistant Manager at Genpact