# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 11/2/2020

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| | |
|---|---|
| ResMan, LLC | 4:19-CV-402 |
| v. | |
| Kayra Property Management, LLC. | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Maria Boyce, Jillian Beck, Cristina Rodriguez, Michael Jones, Hailey Drescher | Mark Strachan, Dick Sayles, Michael Richardson, Seepan, Parseghian |
| Client Rep: Nick Olsen | Client Reps: Ashwin Scheatty, Jiten Argarwin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection, Jury Trial (Day 1) |
|---|---|
| 9:58 a.m. | Court in session. Court notes appearance of the Parties. |
| 10:00 a.m. | Judge begins addressing the panel. |
| 10:14 a.m. | Resman's counsel, Mike Jones begins 5 minute summary of the case. |
| 10:18 a.m. | Kayra Property's counsel, Dick Sayles begins 5 minute summary of the case. |
| 10:25 a.m. | Judge addresses the panel. |
| 10:35 a.m. | Reman's counsel, Mike Jones introduces Parties at the table. |
| 10:36 a.m. | Kayra Property's counsel introduces Parties at the table. |
| 10:39 a.m. | Resman's counsel, Mike Jones begins voir dire. |
| 11:46 a.m. | Resman's counsel, Mike Jones completed voir dire.  Bench conference. |
| 11:47 a.m. | Court provides instruction to jury regarding lunch break to not discuss the case with anyone else.  Court will resume at 1pm. |

CASE NO.  4:19CV402      DATE:  11/2/2020
PAGE 2 - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 11:50 a.m. | Court addressed Juror #27 essential worker - juror is released. |
| 11:51 a.m. | Court addressed Juror #20 - juror is released. |
| 11:56 a.m. | Court overruled objection to markings on exhibits. |
| 11:56 a.m. | Court recessed until 1:00 p.m. |
| 1:02 p.m. | Court re-convened. |
| 1:03 p.m. | Karya Property's counsel, Dick Sayles begins voir dire. |
| 1:54 p.m. | Court recess for Court to meet with counsel in chambers concerning attorney strikes. |
| 2:47 p.m. | Court re-convened.  Jury seated.  Jury given oath. |
| 2:51 p.m. | Court begins with preliminary instructions. |
| 3:07 p.m. | Court excuses jury. |
| 3:08 p.m. | Court hears argument from Parties regarding MIL issue. |
| 3:19 p.m. | Court advises Parties of the jury schedule.  Court will convene at 9:00 a.m. tomorrow and go to 6:00 p.m.  The remainder of the trial Court will do 8:30 a.m. - 5:30 p.m. |
| 3:20 p.m. | Court will re-convene tomorrow at 8:30 a.m. regarding exhibits. |
| 3:20 p.m. | Court hears from counsel regarding jury notebooks.  Objection by Karya's counsel, Michael Richardson is overruled.  Jury notebooks are approved to be distributed after opening statements. |
| 3:21 p.m. | Court hears argument from Karya's counsel, Richard Sayles regarding Plaintiff's Exhibits 625-627.  Court overrules Defendant's objections to the exhibits. |
| 3:24 p.m. | Court will re-convene at 8:30 a.m.  Jury will return at 9:00 a.m.  Parties will begin with opening statements at 9:00 a.m. |

|  |  |
|---|---|
|  |  |
|  | Time in Court: 3 hours 29 minutes. |

DAVID O'TOOLE, CLERK

BY: _Keary Conrad_
Courtroom Deputy Clerk