# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 11/3/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| ResMan, LLC<br><br>v.<br><br>Kayra Property Management, LLC. | 4:19-CV-402 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Maria Boyce, Jillian Beck, Cristina Rodriguez, Mike Jones | Mark Strachan, Dick Sayles, Michael Richardson, Seepan Parseghian |
| Client Rep: Nick Olsen | Client Reps: Ashwin Schetty, Jiten Argarwal |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial (Day 2) |
|---|---|
| 8:36 a.m. | Court in session. Court notes appearance of the Parties. |
| 8:37 a.m. | Court hears from Resman's counsel, Maria Boyce that the Parties have objections to opening demonstratives, motions in limine filed 11/2/2020, two proposed curative instructions, and objection to one document Plaintiff's Exhibit 377 that will be used with first witness. |
| 8:37 a.m. | Court hears argument from Resman's counsel, Cristina Rodriguez regarding Plaintiff's objection to 4 slides of Defendant's opening statement. Court hears response from Kayra's counsel, Michael Richardson. |
| 8:41 a.m. | Court hears from Resman's counsel, Maria Boyce regarding statement made during Defendant's 5 minute opening regarding injunction order. Resman's counsel, Maria Boyce provides curative instruction. Court hears response from Karya's counsel, Dick Sayles. Court amends the previous ruling on the Defendant's motion in limine #11 and denies the limine and will allow both sides to tell the full story regarding the injunction. Court denies Plaintiff's motion #241. Plaintiff will file curative instruction motion. Court orally denies that motion. |
| 9:02 a.m. | Jury seated. |
| 9:02:58 a.m. | Resman's counsel, Cristina Rodriguez begins opening statement. |
| 9:06:10 a.m. | Pause in opening statements for courthouse construction. |
| 9:08:10 a.m. | Resman's counsel, Cristina Rodriguez continues opening statement. |

| Time | Event |
|---|---|
| 9:46:44 a.m. | Resman's counsel, Cristina Rodriguez concludes opening statement. |
| 9:47:44 a.m. | Jury excused for morning break. |
| 9:49 04 a.m. | Court hears argument from Resman's counsel, Maria Boyce and response from Karya's counsel, Michael Richardson regarding exhibit to be used with first witness. Court overrules the objection to the exhibit. |
| 9:53:35 a.m. | Court recess for 10 minutes. |
| 10:05:38 a.m. | Court re-convenes. Jury seated. |
| 10:07:00 a.m. | Karya Property's counsel, Michael Richardson begins opening statement. |
| 10:52:20 a.m. | Karya Property's counsel, Michael Richardson concludes opening statement. |
| 10:52:41 a.m. | Plaintiff invokes the rule. |
| 10:53:05 a.m. | Court conditionally admits all exhibits pursuant to the pretrial conference that have no pending objections. |
| 10:53:29 a.m. | Resman's counsel, Maria Boyce calls Paul Bridgewater. Witness placed under oath. |
| 10:54:22 a.m. | Resman's counsel, Maria Boyce begins direct examination of Paul Bridgewater. |
| 11:06:35 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 39.  No objection.  Plaintiff's Exhibit 39 admitted. |
| 11:09:15 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 44.  No objection.  Plaintiff's Exhibit 44 admitted. |
| 11:17:12 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 24.  No objection.  Plaintiff's Exhibit 24 admitted. |
| 11:20:15 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 49.  No objection.  Plaintiff's Exhibit 49 admitted. |
| 11:26:25 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 265.  No objection.  Plaintiff's Exhibit 265 admitted. |
| 11:37:38 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 354.  No objection.  Plaintiff's Exhibit 354 admitted. |
| 11:41:01 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 377.  No objection.  Plaintiff's Exhibit 377 admitted. |
| 11:45:21 a.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 389.  No objection.  Plaintiff's Exhibit 389 admitted. |
| 11:58:42 a.m. | Pass the witness. |

| 11:59:10 a.m. | Jury excused. |
|---|---|
| 12:00:15 p.m. | Court hears from counsel regarding exhibits.  Court reminds that exhibits are conditionally admitted and only need to be referred to by counsel and used with the witness. |
| 12:01:03 p.m. | Court adjourned. |
| 1:01:16 p.m. | Court re-convened. Jury seated. |
| 1:01:33 p.m. | Karya Property's counsel, Dick Sayles begins cross examination of Paul Bridgewater. |
| 1:08:02 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Plaintiff's Exhibit 389. |
| 1:22:49 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Plaintiff's Exhibit 49. |
| 1:30:41 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Plaintiff's Exhibit 24. |
| 1:42:00 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Defendant's Exhibit 5. |
| 1:47:13 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Defendant's Exhibit 142. |
| 1:49:36 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Defendant's Exhibit 29. |
| 1:51:43 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Defendant's Exhibit 139. |
| 1:54:53 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Defendant's Exhibit 26. |
| 1:59:57 p.m. | Karya Property's counsel, Dick Sayles offers Defendant's Exhibit 224b-h.  No objection.  Defendant's Exhibit 224b-h is admitted. |
| 2:10:30 p.m. | Karya Property's counsel, Dick Sayles refers witness Paul Bridgewater to Plaintiff's Exhibit 23. |
| 2:13:04 p.m. | Pass the witness. |
| 2:13:05 p.m. | Resman's counsel, Maria Boyce begins re-direct examination of Paul Bridgewater. |
| 2:16:40 p.m. | Resman's counsel, Maria Boyce offers Plaintiff's Exhibit 678.  Objection to hearsay.  Court hears argument from counsel.  Court overrules the objection.  Plaintiff's Exhibit 678 is admitted. |
| 2:23:58 p.m. | Pass the witness. |

| | |
|---|---|
| 2:23:59 p.m. | Karya Property's counsel, Dick Sayles re-cross examination of Paul Bridgewater. |
| 2:25:14 p.m. | Pass the witness. |
| 2:25:17 p.m. | Court polls the jury for questions. |
| 2:26:46 p.m. | Bench conference regarding jury questions. |
| 2:27:56 p.m. | Court asks questions from jury of witness, Paul Bridgewater. |
| 2:28:40 p.m. | Witness excused. |
| 2:28:49 p.m. | Resman's counsel, Maria Boyce calls Elizabeth Francisco. |
| 2:29:36 p.m. | Witness, Elizabeth Francisco placed under oath. |
| 2:29:51 p.m. | Resman's counsel, Maria Boyce begins direct examination of Elizabeth Francisco. |
| 3:27:49 p.m. | Pass the witness. |
| 3:28:21 p.m. | Jury excused. |
| 3:29:31 p.m. | Resman's counsel, Cristina Rodriguez addresses that the next Plaintiff witness will be Nick Olsen and addresses objections to Plaintiffs exhibits 622, 624, 629 that show access to the system.  Court hears response from Karya Property's counsel, Michael Richardson.   Court overrules the objection. Next, Resman's counsel, Cristina Rodriguez addresses the objection to Plaintiff's Exhibit 677.  Defendant's counsel, Michael Richardson withdraws Defendant's objection. |
| 3:31:21 p.m. | Court recess for 15 minutes. |
| 3:46:48 p.m. | Court re-convened. Jury seated. |
| 3:47:45 p.m. | Karya Property's counsel, Dick Sayles begins cross examination of witness, Elizabeth Francisco. |
| 4:04:27 p.m. | Karya Property's counsel, Dick Sayles refers witness to Defendant's Exhibit 11. |
| 4:09:35 p.m. | Resman's counsel, Maria Boyce requests bench conference. |
| 4:10:34 p.m. | Karya Property's counsel, Dick Sayles continues cross examination of witness, Elizabeth Francisco. |
| 4:13:50 p.m. | Karya Property's counsel, Dick Sayles refers witness to Defendant's Exhibit 215. |
| 4:17:41 p.m. | Resman's counsel, Maria Boyce begins re-direct examination of witness, Elizabeth Francisco. |
| 4:19:29 p.m. | Karya Property's counsel, Dick Sayles begins re-cross examination of witness, Elizabeth Francisco. |

CASE NO.  4:19CV402      DATE:   11/3/2020
PAGE 5  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 4:22:01 p.m. | Court polls the jury for questions for the witness. |
| 4:23:28 p.m. | Bench conference regarding jury questions. |
| 4:24:01 p.m. | Court asks question of the jury to witness, Elizabeth Francisco. |
| 4:24:24 p.m. | Witness excused. |
| 4:24:37 p.m. | Resman's counsel, Cristina Rodriguez calls Nick Olsen.  Witness placed under oath. |
| 4:25:31 p.m. | Resman's counsel, Cristina Rodriguez begins direct examination of Nick Olsen. |
| 4:41:22 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 576. |
| 4:49:36 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 389, previously used. |
| 4:54:27 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 629. |
| 5:01:06 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 624. |
| 5:14:46 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 622. |
| 5:27:59 p.m. | Resman's counsel, Cristina Rodriguez refers witness, Nick Olsen to Plaintiff's Exhibit 33. |
| 5:36:00 p.m. | Resman's counsel, Cristina Rodriguez requests the Court to proceed with demonstration which the Court needs to make some rulings on so Court releases jury. |
| 5:36:02 p.m. | Jury excused. |
| 5:37:28 p.m. | Court hears argument from Karya Property's counsel, Michael Richardson regarding deposition excerpts. |
| 5:37:48 p.m. | Court hears response from Resman's counsel, Jillian Beck regarding deposition excerpts. |

CASE NO.  4:19CV402      DATE:   11/3/2020
PAGE 6  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 5:38:25 p.m. | Court hears further argument regarding Gomez's deposition and specifically that Plaintiff's intend to refer to RealPage.  Karya Property's counsel, Michael Richardson objects under 402, 403, 404.  Court overrules those objections. |
| 5:38:42 p.m. | Court adjourned. |
| | |
| | Plaintiff time used: 4:04:44<br>Defendant time used: 2:33:12<br>Total court time: 7:12:56 |
| | |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk