# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RESMAN, LLC § | |
| § | |
| v. § | Civil Action No. 4:19cv402 |
| § | Judge Mazzant |
| KARYA PROPERTY MANAGEMENT, § | |
| LLC, and SCARLET INFOTECH, INC. § | |
| D/B/A EXPEDIEN, INC. § | |

## ORDER

The Court hereby *sua sponte* CANCELS the January 25, 2021 Jury Selection/Trial of this case before the undersigned, to be reset on a date to be determined by the Court.

**IT IS SO ORDERED.**

**SIGNED** this 15th day of December, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE