# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 3/8/2021

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| ResMan, LLC<br><br>v.<br><br>Kayra Property Management, LLC. | 4:19-CV-402 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Maria Boyce, Jillian Beck, Cristina Rodriguez, Michael Jones | Mark Strachan, Dick Sayles, Michael Richardson, Seepan Parseghian |
| Client Rep: Nick Olsen | Client Reps: Ashwin Scheatty, Jiten Argarwin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection, Jury Trial (Day 1) |
|---|---|
| 10:00 a.m. | Court in session. Court notes appearance of the Parties. |
| 10:04 a.m. | Judge begins addressing the panel. |
| 10:17 a.m. | Resman's counsel, Mike Jones begins 5 minute summary of the case. |
| 10:21 a.m. | Kayra Property's counsel, Dick Sayles begins 5 minute summary of the case. |
| 10:26 a.m. | Judge addresses the panel. |
| 10:36 a.m. | Reman's counsel, Mike Jones introduces Parties at the table. |
| 10:37 a.m. | Kayra Property's counsel, Michael Richardson introduces Parties at the table. |
| 10:39 a.m. | Resman's counsel, Mike Jones begins voir dire. |
| 11:30 a.m. | Resman's counsel, Mike Jones completed voir dire. |
| 11:31 a.m. | Karya Property's counsel, Dick Sayles begins voir dire. |
| 11:56 a.m. | Karya Property's counsel, Dick Sayles stopped voir dire. |

| 11:57 a.m. | Court provides instruction to jury regarding lunch break to not discuss the case with anyone else.  Court will resume at 1pm. |
|---|---|
| 11:58 a.m. | Court adjourned for lunch. |
| 1:10 p.m. | Court re-convened. |
| 1:11 p.m. | Karya Property's counsel, Dick Sayles continues voir dire. |
| 1:29 p.m. | Karya Property's counsel, Dick Sayles completed voir dire. |
| 1:30 p.m. | Court adjourned for follow up questions of jurors and strikes. |
| 2:38 p.m. | Court re-convened. |
| 2:41 p.m. | Jury panel seated. |
| 2:41 p.m. | Jury panel sworn. |
| 2:42 p.m. | Court provides preliminary instructions to jury. |
| 2:56 p.m. | Court concludes preliminary instructions to jury. Court advises parties that Court will only be ½ day on Thursday. |
| 2:59 p.m. | Jury excused. |
| 3:06 p.m. | Court advises jury selects 8:30 a.m. for start time.  Parties advised that any issues should be brought to the Court attention at 8:00 a.m. |
| 3:07 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk