# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 3/9/2021

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| ResMan, LLC<br><br>v.<br><br>Kayra Property Management, LLC. | 4:19-CV-402 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Maria Boyce, Jillian Beck, Cristina Rodriguez, Michael Jones | Mark Strachan, Dick Sayles, Michael Richardson, Seepan Parseghian |
| Client Rep: Nick Olsen | Client Reps: Ashwin Scheatty, Jiten Argarwin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial (Day 2) |
|---|---|
| 8:56:02 a.m. | Court in session. Court notes appearance of the Parties. |
| 8:56:33 a.m. | Jury seated. |
| 8:57:20 a.m. | Resman's counsel, Cristina Rodriguez begins opening statement. |
| 9:48:17 a.m. | Resman's counsel, Cristina Rodriguez concludes opening statement. |
| 9:48:55 a.m. | Karya Property's counsel, Michael Richardson begins opening statement. |
| 10:40:02 a.m. | Karya Property's counsel, Michael Richardson concludes opening statement. |
| 10:40:21 a.m. | Jury excused. |
| 10:40:56 a.m. | Court hears from Maria Boyce regarding Plaintiff's Exhibit 681. |
| 10:43:12 a.m. | Court adjourned for 15 minute recess. |
| 10:59:55 a.m. | Court re-convened. |

| | |
|---|---|
| 11:00:10 a.m. | Plaintiff invokes the rule and Court advises the Parties should remain aware of witnesses in and out of the courtroom. |
| 11:00:16 a.m. | Jury seated. |
| 11:00:42 a.m. | Plaintiff's counsel, Maria Boyce called Paul Bridgewater. |
| 11:01:09 a.m. | Witness sworn. |
| 11:03:42 a.m. | Plaintiff's counsel, Maria Boyce begins direct examination of Paul Bridgewater. |
| 11:15:05 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 39. |
| 11:17:45 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 44. |
| 11:26:50 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 24. |
| 11:29:52 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 49. |
| 11:40:50 a.m. | Bench conference requested by Defendant's counsel, Richard Sayles. |
| 11:43:29 a.m. | Bench conference concluded. |
| 11:43:55 a.m. | Plaintiff's counsel, Maria Boyce continues direct examination of Paul Bridgewater. |
| 11:48:04 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 265. |
| 11:55:50 a.m. | Direct examination paused for lunch break. Jury excused for lunch. |
| 11:56:54 a.m. | Court advises that the Court has been advised that juror #4 knows #5 and that they used to work together. |
| 11:57:39 a.m. | Court adjourned. |
| 1:02:12 p.m. | Court re-convened. |
| 1:02:30 p.m. | Jury seated. |
| 1:03:05 p.m. | Plaintiff's counsel, Maria Boyce continues direct examination of witness, Paul Bridgewater. |
| 1:11:18 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 354. |

| | |
|---|---|
| 1:14:59 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 377. |
| 1:18:44 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 389. |
| 1:45:19 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 678. |
| 1:53:39 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 681. |
| 1:59:40 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Paul Bridgewater to Plaintiff's Exhibit 625, 626, and 627. |
| 2:06:01 p.m. | Plaintiff's counsel, Maria Boyce passed the witness. |
| 2:06:25 p.m. | Defendant's counsel, Richard Sayles begins cross examination of witness, Paul Bridgewater. |
| 2:10:20 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Plaintiff's Exhibit 24. |
| 2:25:49 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Plaintiff's Exhibit 49. |
| 2:32:58 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Plaintiff's Exhibit 24. |
| 2:38:22 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibits 224b-h (but just confirms witness is familiar with the exhibits - not shown). |
| 2:39:12 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 224g. |
| 2:47:20 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Plaintiff's Exhibit 23. |
| 2:50:46 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 6. |
| 2:57:38 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 5. |
| 2:58:34 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 4. |
| 3:03:10 p.m. | Defendant's counsel, Richard Sayles paused for break. Jury excused. |
| 3:04:00 p.m. | Defendant's counsel, Richard Sayles requests to elaborate further on his objection to enterprise value. Bench conference. |

| | |
|---|---|
| 3:05:58 p.m. | Court adjourned for 15 minutes. |
| 3:22:44 p.m. | Court re-conveyed. |
| 3:23:03 p.m. | Jury seated. |
| 3:23:35 p.m. | Defendant's counsel, Richard Sayles continued cross examination of witness, Paul Bridgewater. |
| 3:23:56 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 139. |
| 3:27:50 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Plaintiff's Exhibit 626. |
| 3:30:48 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 329. |
| 3:36:06 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 330. |
| 3:39:16 p.m. | Defendant's counsel, Richard Sayles refers witness, Paul Bridgewater to Defendant's Exhibit 26. |
| 3:43:50 p.m. | Defendant's counsel, Richard Sayles pass the witness. |
| 3:44:20 p.m. | Plaintiff's counsel, Maria Boyce begins re-direct examination of witness, Paul Bridgewater. |
| 3:53:56 p.m. | Plaintiff's counsel, Maria Boyce pass the witness. |
| 3:54:03 p.m. | Defendant's counsel, Richard Sayles re-cross examination of witness, Paul Bridgewater. |
| 3:55:34 p.m. | Defendant's counsel, Richard Sayles passed the witness. |
| 3:55:44 p.m. | Court polls jury for questions. |
| 3:56:50 p.m. | Bench conference. |
| 3:58:04 p.m. | Court asks witness questions from the jury. |
| 3:58:31 p.m. | Witness excused. |
| 3:58:49 p.m. | Plaintiff calls Elizabeth Francisco. |

| 3:59:24 p.m. | Witness, Elizabeth Francisco placed under oath. |
| --- | --- |
| 4:00:31 p.m. | Plaintiff's counsel, Maria Boyce begins direct examination of witness, Elizabeth Francisco. |
| 4:57:17 p.m. | Plaintiff's counsel, Maria Boyce reaches stopping point. |
| 4:57:19 p.m. | Jury excused. |
| 4:58:19 p.m. | Court adjourned. |
| | Plaintiff used: 3:46<br>Defendant used: 2:15<br>Total court time: 6:09 |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
        Courtroom Deputy Clerk