# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:**  3/12/2021

| DISTRICT  JUDGE | COURT REPORTER:  Chris Bickham |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY:   Keary Conrad |

| ResMan, LLC | 4:19-CV-402 |
|---|---|
| v. | |
| Kayra Property Management, LLC. | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Maria Boyce, Jillian Beck, Cristina Rodriguez, Michael Jones | Mark Strachan, Dick Sayles, Michael Richardson, Seepan Parseghian |
| Client Rep: Nick Olsen | Client Reps: Ashwin Scheatty, Jiten Argarwin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:  Jury Trial (Day 5) |
|---|---|
| 8:30:21 a.m. | Court in session. Court notes appearance of the Parties. |
| 8:30:40 a.m. | Jury seated. |
| 8:31:07 a.m. | Witness, Jitendra Agarwal reminded he is still under oath. |
| 8:31:15 a.m. | Plaintiff's counsel, Maria Boyce continues direct examination of witness, Jitendra Agarwal, |
| 8:31:32 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 61. |
| 8:41:06 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 62. |
| 8:47:02 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 63. |
| 8:54:18 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 65. |
| 8:56:32 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 71. |
| 8:59:56 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 73. |

CASE NO.   4:19CV402      DATE:   3/12/2021

PAGE 2  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 9:01:44 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 76. |
| 9:05:00 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 90. |
| 9:09:11 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 136. |
| 9:19:11 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 206. |
| 9:21:30 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 218. |
| 9:33:54 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 109. |
| 9:39:39 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 296. |
| 9:43:54 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 299. |
| 10:16:13 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 114. |
| 10:24:44 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 284. |
| 10:27:02 a.m. | Plaintiff's counsel, Maria Boyce stops for morning break. |
| 10:27:15 a.m. | Jury excused. |
| 10:27:45 a.m. | Court recess for 15 minutes. |
| 10:44:40 a.m. | Court re-convened. |
| 10:45:12 a.m. | Jury seated. |
| 10:45:27 a.m. | Plaintiff's counsel, Maria Boyce continues direct examination of witness, Jitendra Agarwal. |
| 10:45:49 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 284. |
| 10:51:50 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 253. |
| 10:56:25 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 255. |
| 10:58:52 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 256. |

CASE NO.  4:19CV402      DATE:  3/12/2021
PAGE 3  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 11:01:30 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 205. |
| 11:10:34 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 208. |
| 11:14:39 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 63. |
| 11:16:12 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 206. |
| 11:22:21 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 63. |
| 11:29:01 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 72. |
| 11:31:04 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 155. |
| 11:32:30 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 385. |
| 11:49:39 a.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 377. |
| 12:00:25 p.m. | Pass the witness. |
| 12:00:35 p.m. | Jury excused for lunch. |
| 12:01:24 p.m. | Court questions filing of Defendants regarding admission of injunction.  Court hears from Defendant's counsel, Michael Richardson regarding brief and admission of injunction. Parties agree there was no agreement between the parties the document was just on both exhibit lists and no objections were filed to the exhibit. |
| 12:09:53 p.m. | Court recess for lunch. |
| 1:01:29 p.m. | Court re-convened. |
| 1:02:00 p.m. | Jury seated. |
| 1:02:10 p.m. | Defendant's counsel, Michael Richardson begins cross examination of witness, Jitendra Agarwal. |
| 1:02:41 p.m. | Plaintiff's counsel, Maria Boyce objection. Bench conference. |
| 1:03:41 p.m. | Bench conference concluded. |
| 1:03:50 p.m. | Defendant's counsel, Michael Richardson continues cross examination of witness, Jitendra Agarwal. |

CASE NO.   4:19CV402     DATE:  3/12/2021

PAGE 4  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 1:03:54 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Plaintiff's Exhibit 136. |
| 1:09:34 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 326. |
| 1:10:22 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 224h. |
| 1:24:26 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 60. |
| 1:24:48 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 165. |
| 1:47:43 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 63. |
| 1:49:26 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 216. |
| 1:52:38 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 157. |
| 1:54:47 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 159. |
| 2:00:13 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 276. |
| 2:06:20 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 269. |
| 2:07:03 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 275. |
| 2:08:11 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 279. |
| 2:12:45 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 314. |
| 2:15:10 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 316. |
| 2:16:20 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 317. |
| 2:17:07 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 313. |

CASE NO.   4:19CV402      DATE:   3/12/2021

PAGE 5  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 2:23:19 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 315. |
| 2:25:09 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 75. |
| 2:31:09 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 109. |
| 2:35:54 p.m. | Defendant's counsel, Michael Richardson refers witness, Jitendra Agarwal to Defendant's Exhibit 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264. |
| 2:40:46 p.m. | Defendant's counsel, Michael Richardson passed the witness. |
| 2:41:05 p.m. | Plaintiff's counsel, Maria Boyce begins re-direct examination of witness Jitendra Agarwal. |
| 2:41:16 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Plaintiff's Exhibit 299. |
| 2:43:46 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Jitendra Agarwal to Defendant's Exhibit 313. |
| 2:47:56 p.m. | Plaintiff's counsel, Maria Boyce passed the witness. |
| 2:48:04 p.m. | Court polls jury for questions. |
| 2:48:48 p.m. | Bench conference. |
| 2:50:14 p.m. | Court asks questions of witness, Jitendra Agarwal from jury. |
| 2:56:55 p.m. | Plaintiff's counsel, Maria Boyce follow up questions. |
| 3:01:26 p.m. | Plaintiff's counsel, Maria Boyce passed the witness. |
| 3:01:34 | Defendant's counsel, Michael Richardson follow up questions. |
| 3:02:14 p.m. | Defendant's counsel, Michael Richardson passed the witness. |
| 3:02:26 p.m. | Jury excused for 15 minute break. |
| 3:03:06 p.m | Court recess for 15 minute break. |
| 3:18:52 p.m. | Court re-convened. |

CASE NO.   4:19CV402       DATE:   3/12/2021

PAGE 6  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 3:19:23 p.m. | Jury seated. |
| 3:19:44 p.m. | Plaintiff's counsel, Mike Jones calls John Greene by videotaped deposition and gives brief introduction.  Plaintiff's counsel, Mike Jones notes that Resman's excerpts are 31 minutes and Defendant's excerpts are 29 minutes.  Exhibits to be introduced by Plaintiff through John Greene's deposition are Plaintiff's Exhibits 157, 205, 214, 230, 231, 254, 255, 266, 273, 279, 324, 332, and 608. |
| 3:21:25 p.m. | Plaintiff's excerpts of John Greene videotaped deposition begin. |
| 3:52:58 p.m. | Plaintiff's excerpts of John Greene videotaped deposition conclude. |
| 3:53:16 p.m. | Defendant's excerpts of John Greene videotaped deposition begin. |
| 4:22:15 p.m. | Defendant's excerpts of John Greene videotaped deposition |
| 4:22:32 p.m. | Plaintiff's counsel, Maria Boyce calls witness, Swapnil Agarwal. |
| 4:23:07 p.m. | Witness, Swapnil Agarwal placed under oath. |
| 4:23:35 p.m. | Plaintiff's counsel, Maria Boyce begins direct examination of witness, Swapnil Agarwal. |
| 4:33:43 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 10. |
| 4:35:10 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 9. |
| 4:37:21 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 11. |
| 4:41:57 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 26. |
| 4:43:16 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 33. |
| 4:47:15 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 36. |
| 4:49:43 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 38. |
| 4:56:57 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 37. |
| 4:59:57 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 57. |
| 5:03:22 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 271. |

CASE NO.   4:19CV402     DATE:   3/12/2021

PAGE 7  - PROCEEDINGS CONTINUED

| | |
|---|---|
| 5:06:00 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 70. |
| 5:08:55 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 57. |
| 5:09:45 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 629. |
| 5:10:49 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 57. |
| 5:13:11 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 65. |
| 5:15:53 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 70. |
| 5:18:25 p.m. | Plaintiff's counsel, Maria Boyce refers witness, Swapnil Agarwal to Plaintiff's Exhibit 219. |
| 5:28:04 p.m. | Plaintiff's counsel, Maria Boyce concludes questioning of witness, Swapnil Agarwal for the day and will continue on Monday. |
| 5:28:14 p.m. | Jury excused. |
| 5:29:28 p.m. | Court asks question of witness outside presence of jury. |
| 5:30:15 p.m. | Court adjourned. |
| | Plaintiff used: 15:39:05<br>Defendant used: 7:43:48<br>Total court time: 7:20 |

DAVID O'TOOLE, CLERK

BY: _Keary Conrad_

Courtroom Deputy Clerk