# EXHIBIT 3

```
                                                                        1
                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF TEXAS
                            SHERMAN DIVISION


   RESMAN, LLC                       :        DOCKET NO. 4:19CV402
                                     :
   VS.                               :        SHERMAN, TEXAS
                                     :
   KARYA PROPERTY MANAGEMENT         :        OCTOBER 23, 2020
   SCARLET INFOTECH, INC.            :        10:00 A.M.


                             PRETRIAL HEARING
                  BEFORE THE HONORABLE AMOS L. MAZZANT,
                      UNITED STATES DISTRICT JUDGE

   APPEARANCES:

   FOR THE PLAINTIFF:           MS. MARIA WYCKOFF BOYCE
                                MS. CRISTINA ESPINOSA RODRIGUEZ
                                MS. JILLIAN C. BECK
                                MR. LEE WHITESELL
                                MR. IRA JAMSHIDI
                                MS. SYDNEY RUPE
                                MS. JENNIFER BEVILACQUA
                                HOGAN LOVELLS US LLP
                                609 MAIN STREET
                                SUITE 4200
                                HOUSTON, TEXAS  77002

                                MR. MIKE E. JONES
                                POTTER MINTON
                                110 N. COLLEGE, SUITE 500
                                TYLER, TEXAS  75702


   FOR THE DEFENDANT:           MR. MICHAEL ERNEST RICHARDSON
                                MR. SEEPAN PARSEGHIAN
                                BECK REDDEN, LLP
                                1221 MCKINNEY, SUITE 4500
                                HOUSTON, TEXAS  77010

                                MR. RICHARD ALAN SAYLES
                                MR. MARK DANIEL STRACHAN
                                BRADLEY ARANT BOULT CUMMINGS
                                4400 RENAISSANCE TOWER
                                1201 ELM STREET
                                DALLAS, TEXAS  75270
```

1       THE COURT: Response?

2       MR. WHITESELL: Your Honor, Lee Whitesell again for
3  Plaintiffs.

4       I think a lot of this angst is probably the result of
5  just overbroad drafting of this MIL. The way that it's
6  worded is evidence, testimony, attorney argument or other
7  comments regarding the Court's preliminary injunction, TRO
8  or any other court order. So we had to object to that to
9  the extent that it could be read to preclude us from
10 entering some of the same evidence that was used.

11      THE COURT: Well, clearly, the evidence, argument and
12 all that is -- and Mr. Sayles even admitted that. He's not
13 precluding that, even though that's the way it's worded.
14 That's true that's too broad.

15      MR. WHITESELL: We appreciate that.

16      THE COURT: Are you trying to get it into -- let me
17 make sure I understand any additional argument. You're not
18 trying to discuss that the injunction was issued?

19      MR. WHITESELL: No, Your Honor. And we would be fine
20 with a chastened version of this that just precludes the
21 parties from referring to the Court's preliminary injunction
22 without first approaching the bench.

23      THE COURT: Okay. Then I can go ahead and grant that
24 as modified and make it mutual.

25      MR. SAYLES: Yes.