# EXHIBIT 4

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF TEXAS
 2                         SHERMAN DIVISION

 3
     RESMAN, LLC                   :     DOCKET NO. 4:19CV402
 4                                 :
     VS.                           :     SHERMAN, TEXAS
 5                                 :
     KARYA PROPERTY MANAGEMENT     :     NOVEMBER 2, 2020
 6   SCARLET INFOTECH, INC.        :     MORNING SESSION

 7

 8                         TRANSCRIPT OF TRIAL
                 BEFORE THE HONORABLE AMOS L. MAZZANT,
 9            UNITED STATES DISTRICT JUDGE, AND A JURY

10   APPEARANCES:

11   FOR THE PLAINTIFF:       MS. MARIA WYCKOFF BOYCE
                              MS. CRISTINA ESPINOSA RODRIGUEZ
12                            MS. JILLIAN C. BECK
                              HOGAN LOVELLS US LLP
13                            609 MAIN STREET
                              SUITE 4200
14                            HOUSTON, TEXAS  77002

15                            MR. MIKE E. JONES
                              POTTER MINTON
16                            110 N. COLLEGE, SUITE 500
                              TYLER, TEXAS  75702
17

18   FOR THE DEFENDANT:       MR. MICHAEL ERNEST RIHARDSON
                              MR. SEEPAN PARSEGHIAN
19                            BECK REDDEN, LLP
                              1221 MCKINNEY, SUITE 4500
20                            HOUSTON, TEXAS  77010

21
                              MR. RICHARD ALAN SAYLES
22                            MR. MARK DANIEL STRACHAN
                              BRADLEY ARANT BOULT CUMMINGS
23                            4400 RENAISSANCE TOWER
                              1201 ELM STREET
24                            DALLAS, TEXAS  75270

25
```

1   software.  They were just looking at screens.
2         And, indeed, Karya did give their user IDs and
3   passwords to Expedien, and they shouldn't have done that,
4   but they did.  But they had to in order for Expedien to do
5   their work, and it caused no harm to ResMan.
6         Finally, Arya's been in process for over two years.
7   It's not complete.  It's not in use externally or
8   internally.  It won't be used until this Court allows it to
9   be used.  Over 10,000 manhours have been spent on developing
10  it.  Over a million three has been spent thus far.  That is
11  not copying.  That's developing your own system.
12        So, in conclusion, Karya and Expedien did not copy.
13  Karya wanted a better and different system, and the
14  information used was not a trade secret of ResMan.  It was
15  information that's commonly available in the marketplace,
16  information belonging to Karya and publicly available
17  information.
18        Also, ResMan has a duty to protect what they claim is a
19  trade secret.  We're going to show you they didn't.  Their
20  screenshots and their program was publicly available in
21  demos, trade shows, YouTube and the like, and we'll get into
22  detail.
23              THE COURTROOM DEPUTY:  Your time is up.
24              MR. SAYLES:  So, in conclusion, there was no
25  damage and no harm at all to ResMan, and we look forward to