IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ResMan, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00402-ALM |
| | § | |
| **Karya Property Management, LLC,** | § | JURY TRIAL |
| **And Scarlet InfoTech, Inc. d/b/a** | § | |
| **Expedien, Inc.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## RESMAN'S TRIAL WITNESS LIST

1. Paul Bridgewater
2. Elizabeth Francisco
3. Nick Olsen
4. Greg Demski
5. Jeffrey Gomez (by deposition)
6. Jitendra Agarwal
7. John Greene (by deposition)
8. Swapnil Agarwal
9. Nick Khoury
10. Dr. Steven R. Kursh