## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ResMan, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:19-cv-00402-ALM** |
| | § | |
| **Karya Property Management, LLC,** | § | |
| **And Scarlet InfoTech, Inc. d/b/a** | § | |
| **Expedien, Inc.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## KARYA PROPERTY'S TRIAL WITNESS LIST

1. Ashwin Shetty
2. Bushra Majeed (video deposition)
3. Michael Brogioli, Ph.D