*MCB 3/18/2021*
*MP 3/18/21*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| ResMan, LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | **RESMAN'S SIXTH AMENDED** |
| | § | **EXHIBIT LIST** |
| v. | § | |
| | § | Civil Action No. 4:19-CV-00402-ALM |
| Karya Property Management, LLC, | § | |
| And Scarlet InfoTech, Inc. d/b/a | § | **JURY TRIAL** |
| Expedien, Inc. | § | |
| | § | |
| Defendants. | § | |
| | § | |

| PRESIDING JUDGE<br>JUDGE AMOS MAZZANT | | | PLAINTIFF'S ATTORNEY<br>MARIA WYCKOFF BOYCE | | DEFENDANTS' ATTORNEY<br>MICHAEL RICHARDSON |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>MARCH 8, 2021 | | | COURT REPORTER<br>CHRIS BICKHAM | | COURTROOM DEPUTY<br>KEARY CONRAD |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| PX 9 | | | | X | 05/09/2016 Email chain between Matthew Ngo, Terry Turner, Dipesh Patel, and Swapnil Agarwal RE How goes it (KARYA_00124599-00124600) |
| PX 10 | | | | X | 05/31/2016 Email chain to Dipesh Patel (Solvegy) from Vivek Shah (Nitya) RE Solvegy/Nitya PMS Requirements Kickoff (KARYA_00124598) |
| PX 11 | | | | X | 06/01/2016 PMS Requirements Phase Kickoff (KARYA_00124585-00124597) |
| PX 23 | | | | X | 03/09/2017 Email chain between Shelly Capal, Carmen Leung, and others RE Karya - Wave 6 - Residence at Lake Highland Resman Reports (Chaney Ex. 90) |
| PX 24 | | | | X | 03/01/2017 Gartner FrontRunners Report on Property Management Software (RSMN-00004285-00004325) |
| PX 26 | | | | X | 06/21/2017 Email chain to Ashwin Shetty at al from David Flores re FW: ResMan follow up and proposal (KARYA_00124559 - 00124562) |
| PX 28 | | | | X | 06/21/2017 Email chain to Ashwin Shetty from David Flores RE ResMan (KARYA_00124564) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 33 | | | | | X | 06/28/2017 Email chain from David Flores to David Ganc et al RE ResMan NDA and more (KARYA_00086245-00086252) |
| PX 35 | | | | | X | 07/03/2017 Email chain from David Ganc to David Flores RE ResMan documents (RSMN-00003665-00003682) |
| PX 36 | | | | | X | 07/05/2017 Email chain between Jeffrey Gomez, David Flores, and others RE Fwd: RE: RentDynamics introduction by ResMan (KARYA_00121827-00121833) |
| PX 37 | | | | | X | 07/05/2017 Email chain between Jeffrey Gomez, David Flores, and others RE ResMan Documents (KARYA_00121824-00121826) |
| PX 38 | | | | | X | 07/11/2017 Email chain to Swapnil Agarwal from Guarav Khandelwal RE WSJ - Startups Help Landlords Turn Apartments Into Hotel Rooms (KARYA_00124551 - 00124553) |
| PX 39 | | | | | X | 07/18/2017 ResMan Order Form (RSMN-00000125-00000126) |
| PX 44 | | | | | X | 08/16/2017 ResMan Order Form (RSMN-00000111-00000112) |
| PX 48 | | | | | X | 09/11/2017 ResMan Order Form (RSMN-00000123-00000124) |
| PX 49 | | | | | X | 09/18/2017 Sterling Associates ResMan Market due diligence (RSMN-0004326-00004475) |
| PX 55 | | | | | X | 11/01/2017 Email chain to Swapnil Agarwal and Ashwin Shetty RE Software Development Call (KARYA_00124539) |
| PX 57 | | | | | X | 11/09/2017 Email chain from Jeffrey Gomez to Jiten Agarwal RE [RM/RP] read only accounts (EXP_00011829-00011830) |
| PX 59 | | | | | X | 11/09/2017 Email from Jeffrey Gomez toNitya Capital Help Desk RE create RM and RP read only accounts (KARYA_00102578) |
| PX 61 | | | | | X | 11/10/2017 Email chain between Jeffrey Gomez, Jiten Agarwal, and others RE [RM/RP] read only accounts (KARYA_00077854-00077857) |
| PX 62 | | | | | X | 11/22/2017 Email chain from Vishal Agarwal to Jiten Agarwal RE Nitya Proposal Document - Complete (EXP_00013821-00013843) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 63 | | | | | X | 11/28/2017 Email chain from Jiten Agarwal to Swapnil Agarwal et al RE Karya_Property_Management Proposal by Expedien (EXP_00012003-00012032) |
| PX 65 | | | | | X | 12/20/2017 Email chain between Ashwin Shetty, Vivek Shah, Swapnil Agarwal, and others RE MSA & SOW-2017 (KARYA_00111586-00111587) |
| PX 70 | | | | | X | 01/04/2018 Email chain between Swapnil Agarwal, Ashwin Shetty and Vivek Shah RE [redacted subject line] (KARYA_00121947-00121948) |
| PX 71 | | | | | X | 01/04/2018 Email chain from Ashwin Shetty to Jiten Agarwal et al RE Clean and Redline - Expedien MSA (KARYA_00122094-00122110) |
| PX 72 | | | | | X | 01/05/2018 Email chain from Vivek Shah to Swapnil Agarwal Re: Conference Call - Software (EXP_00092961) |
| PX 73 | | | | | X | 01/05/2018 Email chain from Jiten Agarwal to Ashwin Shetty et al RE Clean and Redline - Expedien MSA (KARYA_00121950-00121958) |
| PX 76 | | | | | X | 01/08/2018 Master Services Agreement between Expedien, Inc and Karya Property Management, LLC (EXP_00003779-00003786) |
| PX 79 | | | | | X | 01/19/2018 ResMan Order Form (RSMN-00000121-00000122) |
| PX 88 | | | | | X | 02/08/2018 ResMan Order Form (RSMN-00000105-00000106) |
| PX 90 | | | | | X | 02/11/2018 ERP Business Anaylst - Zip Recruiter (RSMN-00000546) |
| PX 93 | | | | | X | 02/16/2018    2018-02-16    Karya-Expedien Teleconference Video regarding Business Context (KARYA_00123541) |
| PX 96 | | | | | X | 02/21/2018    2018-02-21    Karya-Expedien Teleconference Video regarding Lead Management (KARYA_00123517) |
| PX 99 | | | | | X | 02/21/2018 Email chain between Vishal Agarwal, Jeffrey Gomez, Ashwin Shetty, and others RE Weekly Status Report (KARYA_00080331-00080332) |
| PX 102 | | | | | X | 02/23/2018    2018-02-23    Karya-Expedien Teleconference Video regarding Accounting (KARYA_00123521) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 104 | | | | | X | 02/26/2018 Email from Jeffrey Gomez to Sujal Shrestha and Nishant Varshney RE [ERP] RP/RM accounts (KARYA_00102456) |
| PX 109 | | | | | X | 03/01/2018 Email chain between Jeffrey Gomez, Nishant Varshney, and others RE [ERP] RP/RM accounts (KARYA_00102495-00102496) |
| PX 114 | | | | | X | 03/05/2018 Email chain between Nishant Varshney and Jeffrey Gomez RE [RM] admin login (EXP_00066021) |
| PX 124 | | | | | X | 03/12/2018 Email chain between Sayde Camacho, Nishant Varshney, and others RE [NVI, SAC] ResMan (EXP_00014642-00014649) |
| PX 126 | | | | | X | 03/12/2018 Email chain from Nishant Varshney to Ashwin Shetty et al RE [JAS3] finalize high level scope (EXP_00012131-00012133) |
| PX 128 | | | | | X | 03/13/2018 ResMan Order Form (RSMN-00000113-00000114) |
| PX 133 | | | | | X | 03/14/2018 Email chain between Bushra Majeed, Nishant Varshney, and others RE Fwd: Resman Project management (EXP_00014610) |
| PX 136 | | | | | X | 03/16/2018 Email chain from Nishant Varshney to Jitel Agarwal et al RE Email introduction - John Greene and Vishal/nishant (EXP_00011948-00011950) |
| PX 140 | | | | | X | 03/21/2018 Email chain from Nishant Varshney to jas3.ext RE To be-Lead Management (KARYA_00108554-KARYA_00108570) |
| PX 148 | | | | | X | 03/30/2018 ResMan Order Form (RSMN-00000127-00000128) |
| PX 155 | | | | | X | 04/04/2018 Email from Vivek Shah to Jiten Agarwal and others RE Meeting (KARYA_00109791) |
| PX 157 | | | | | X | 04/10/2018 Email chain between John Greene, Vishal Agarwal, and Nishant Varshney RE Reports | Quick Notes (EXP_00014885-00014886) |
| PX 158 | | | | | X | 04/11/2018 Email from Jiten Agarwal to John Greene RE Meeting (EXP_00011701) |
| PX 159 | | | | | X | 04/11/2018 ResMan Order Form (RSMN-00000129-00000130) |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 172 | | | | | X | 04/24/2018 Email chain from John Greene to Jeff Gomez and Ashwin Shetty RE Accounting Presentation (KARYA_00110451-00110469) |
| PX 182 | | | | | X | 05/11/2018 Email chain from Sayde Camacho to Nishant Varshney et al RE Lead Management and Lease Management Review Notes (KARYA_00118094-00118105) |
| PX 183 | | | | | X | 05/14/2018 ResMan Order Form (RSMN-00000117-00000118) |
| PX 188 | | | | | X | 05/18/2018 Terms & Conditions of ResMan LLC (last updated May 18, 2018) (RSMN-00000045-00000057) |
| PX 201 | | | | | X | 05/30/2018 ResMan Order Form (RSMN-00000119-00000120) |
| PX 205 | | | | | X | 06/08/2018 Email chain from John Greene to Nishant Varshney RE FW: Manish's requests (EXP_00011968-00011971) |
| PX 206 | | | | | X | 06/11/2018 Expedien Inc. and Karya Property Management Statement of Work #2112 (KARYA_00061004-00061015) |
| PX 208 | | | | | X | 06/18/2018 Email chain from Bhavika Sharma to Nishant Varshney et al RE Internal Review - SRS - Lease Management (EXP_00013331-00013384) |
| PX 210 | | | | | X | 06/19/2018 Email chain from Nishant Varshney to jas3.ext et al RE [WIP] [SRS] Property Management ! (KARYA_00103228-00103281) |
| PX 214 | | | | | X | 06/28/2018 Email chain between John Greene and Vishal Agarwal RE In Process PM {P Deck (EXP_00013388-00013389) |
| PX 215 | | | | | X | 07/10/2018 ResMan Order Form (RSMN-00000107-00000109) |
| PX 218 | | | | | X | 07/12/2018 Email chain from John Greene to Vivek Shah et al RE ERP Phase 2 Kickoff Meeting (KARYA_00112071-00112089) |
| PX 219 | | | | | X | 07/12/2018 Email from Jeffrey Gomez to Ashwin Shetty re Karya Management - Meeting w/ ResMan CEO and SVP, Sales (KARYA_00102240 - 00102241) |
| PX 230 | | | | | X | 07/18/2018 Email chain between John Greene, Stephanie Swaim, and Nitya Help Desk RE [Ticket |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | #4303] ResMan - banking access for John Greene (KARYA_00094478-00094479) |
| PX 231 | | | | | X | 07/18/2018 Email chain from Destinee Balerio to Stephanie Swaim RE ResMan banking reports (KARYA_00094165-00094477) |
| PX 253 | | | | | X | 07/19/2018 Email chain between Vivek Shah, Jiten Agarwal, and others RE Reporting (EXP_00012033) |
| PX 254 | | | | | X | 07/19/2018 Email from John Greene to Ashwin Shetty and others RE Reporting (EXP_00011838) |
| PX 255 | | | | | X | 07/23/2018 Email chain between Sayde Camacho, John Greene, and others RE Reporting for Property Management (EXP_00011756) |
| PX 256 | | | | | X | 07/23/2018 Email chain from John Greene to Stephanie Swaim RE Reporting for Accounting (EXP_00011807) |
| PX 261 | | | | | X | 07/27/2018 Email chain from Sayde Camacho to Ashwin Shetty RE Required Material - [Lease Management Module] (KARYA_00082492-KARYA_00082506) |
| PX 264 | | | | | X | 08/01/2018    2018-08-01    Karya-Expedien Teleconference Video regarding Vishal Agarwal (KARYA_00123513) |
| PX 265 | | | | | X | 08/01/2018 ResMan - Employee Handbook August 2018 (RSMN-00002715-00002747) |
| PX 266 | | | | | X | 08/08/2018 Email from John Greene to Sayde Camacho and Malik Merchant RE Operational Reports (KARYA_00093980) |
| PX 271 | | | | | X | 08/15/2018 Email from Vivek Shah to various recipients RE Software Initiative and Introducing Maulik (KARYA_00093724) |
| PX 273 | | | | | X | 08/21/2018 Email from John Greene to Sayde Camacho RE Operational Reports Review (KARYA_00093996) |
| PX 279 | | | | | X | 08/27/2018 Email chain from John Greene to Stephanie Swaim RE Accounting Report Documentation (KARYA_00119602-00119603) |
| PX 284 | | | | | X | 09/06/2018    2018-09-06    Karya-Expedien Teleconference Video regarding Vishal Agarwal (KARYA_00123536) |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 291 | | | | | X | 09/21/2018 Resman Order Form (RSMN-00000115-00000116) |
| PX 295 | | | | | X | 09/24/2018 Email chain from Malik Merchant to bsharma RE Questions (KARYA_00100461-00100468) |
| PX 296 | | | | | X | 09/24/2018 Email chain between Shobh Masta, Nishant Varshney, and others RE Onesite Accounting Credentials (KARYA_00105186-00105194) |
| PX 299 | | | | | X | 09/25/2018 Email chain from Nishant Varshney to John Greene et al RE Existing tool access (KARYA_00098325-00098328) |
| PX 305 | | | | | X | 10/08/2018 Email chain from Kesha Howard to Jeffrey Gomez re "Documents for your DocuSign Signature - Karya - 3prop - 393u" (KARYA_00084646-00084650) |
| PX 311 | | | | | X | 10/15/2018 Resman Order Form (RSMN-00000131-00000132) |
| PX 315 | | | | | X | 10/31/2018 Email chain between Monica Dhawan, Nishant Varshney, and others RE Proposal - Leasing Concessions (EXP_00014627) |
| PX 317 | | | | | X | 11/01/2018 Email chain between Jeffrey Gomez, Vivek Shah, Ashwin Shetty, and Swapnil Agarwal RE [RP, RM, rentlytics] key highlights (KARYA_00112857-00112863) |
| PX 324 | | | | | X | 11/22/2018 Email chain from John Greene to Nishant Varshney et al RE Operations Reports Control Sheet (EXP_00014625-00014626) |
| PX 326 | | | | | X | 11/23/2018 Email from Bhavika Sharma to Nishant Varshney and Neeraj Saini RE Status - Existing Tool Access (EXP_00014474-00014477) |
| PX 329 | | | | | X | 11/26/2018 Email chain from Vishal Agarwal to Vivek Shah RE Software Video (KARYA_00093755-00093784) |
| PX 332 | | | | | X | 12/08/2018 Email chain from John Greene to Vishal Agarwal RE Weekly time log (KARYA_00098979-00098981) |
| PX 336 | | | | | X | 12/17/2018 Karya Property Management Facebook Announcement (RSMN-00004658) |
| PX 337 | | | | | X | 01/00/1900 Karya Property Management LinkedIn Announcement (RSMN-00004659) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 340 | | | | | X | 01/03/2019 Email from Jeffrey Gomez to Vivek Shah RE [RM] announcement of Arya (KARYA_00077565-00077566) |
| PX 350 | | | | | X | 02/04/2019 ResMan Order Form (RSMN-00000102-00000103) |
| PX 352 | | | | | X | 02/08/2019 Email chain between Malik Merchant, Supriya Tripathi, and others RE Utilities - screen walkthrough (ResMan/Realpage) (KARYA_00094099) |
| PX 354 | | | | | X | 02/11/2019 Email from Dave McKenna to M. Nazimuddin RE Arya - Property Management Software (RSMN-00003968) |
| PX 371 | | | | | X | 03/01/2019 Email chain from John Greene to Nishant Varshney RE Accounting (EXP_00014727) |
| PX 375 | | | | | X | 03/07/2019 Email chain between Supriya Tripathi, Nishant Varshney, and others RE [Utility Management] [V1] - Designs on invision (EXP_00013668-00013669) |
| PX 377 | | | | | X | 03/08/2019 Email chain from Jeff Gomez to Jiten Agarwal Attaching 2/21/2019 Letter to Karya Property Management (KARYA_00121837-00121839) |
| PX 380 | | | | | X | 03/14/2019 Email chain between Swapnil Agarwal, Shaibala Gupta, and others RE Arya PMS | Project Plan | 03/14/2019 (EXP_00041889-00041894) |
| PX 385 | | | | | X | 04/01/2019 Email chain between Malik Merchant, Vivek Shah, and others RE Software Comparison Chart (KARYA_00120929-00120931) |
| PX 389 | | | | | X | 04/08/2019 Email chain between Michael Richardson, Daniel Winston, and others RE Karya/ResMan Software Call (Bridgewater Dep. Ex. 82) |
| PX 401 | | | | | X | 05/20/2019 Excel titled NOT SURE WHAT IS THIS - Consolidated Lease Management - Task Tracker (KARYA_00121809) |
| PX 406 | | | | | X | 06/03/2019 Letter from Daniel C. Winston to Mark Pearson RE Notice of Breach of Work Orders, Statements of Work and Master Services Agreement (RSMN-00004928) |
| PX 409 | | | | | X | 06/11/2019 Email from Sayde Camacho to Prashant Shenoy re Manish's Requests (KARYA_00116893 - 0016896) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 410 | | | | | X | 06/11/2019 Email chain between Jeffrey Gomez, Shobh Raj Masta, and others RE Fwd: [Ticket #8439] BlueMoon Not Feeding to ResMan (KARYA_00076747-00076748) |
| PX 413 | | | | | X | 06/17/2019 PDF titled Report Definitions (RSMN-00000183 - 00000195) |
| PX 414 | | | | | X | 06/17/2019 PDF titled User Guide: Essentials Accounting (RSMN-00000196 - 00000239) |
| PX 415 | | | | | X | 06/17/2019 PDF titled Contact Center (RSMN-00000240 - 00000350) |
| PX 419 | | | | | X | 07/18/2019 Email chain between Debbie Cullen, Jeffrey Gomez, and others RE [RM] back-up (RSMN-00003644-00003649) |
| PX 450 | | | | | X | 11/14/2019 Email chain between Martin Thornthwaite, Michael Richardson and others RE ResMan v. Karya (RP000069-000082) |
| PX 574 | | | | | X | ResMan Pendo Data (RSMN-00003528) |
| PX 576 | | | | | X | Expedien (index) About Us (RSMN-00004549-00004609 ) |
| PX 587 | | | | | X | ResMan Log-In Data (RSMN-00003510) |
| PX 591 | | | | | X | Expedien Karya Property Management Software Specifications Lease Management Draft (EXP_00013275-00013328) |
| PX 596 | | | | | X | Master Subscription Agreement (RSMN-00000011-00000044) |
| PX 598 | | | | | X | ResMan's Multifamily Solution Suite - Choosing a Property Management Software: Why ResMan Is Right for You (RSMN-00000418-00000436) |
| PX 599 | | | | | X | ResMan User Guide: Settings Essentials (RSMN-00000157-00000182) |
| PX 604 | | | | | X | Karya PMS - Plan for Phase 2.0 (KARYA_00056570 / KARYA_00056570_1) |
| PX 608 | | | | | X | Expedien Karya Property Management System - Software Specifications Gross Potential Rent Draft (KARYA_00118907-00119599) |
| PX 622 | | | | | X | Expedien Knowledge Base Views Excel (RSMN-00003920) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 624 | | | | | X | Kursh Eteam Page Views.xlsx (RSMN-00004657) |
| PX 624A | | | | | X | PDF of "Summary" Tab of Kursh Eteam Page Views.xlsx (PX 624, RSMN-00004657) |
| PX 624C | | | | | X | PDF of "Page Visits by Day" Tab of Kursh Eteam Page Views.xlsx (PX 624, RSMN-00004657) |
| PX 625 | | | | | X | Text Message Screenshot from Swapnil Agarwal to Paul Bridgewater (RSMN-00004660) |
| PX 626 | | | | | X | Text Message Screenshot from Paul Bridgewater to Swapnil Agarwal (RSMN-00004661) |
| PX 627 | | | | | X | Text Message Screenshot from Swapnil Agarwal to Paul Bridgewater (RSMN-00004662) |
| PX 628 | | | | | X | Video "We are thrilled to announce our very own property management software, Arya 1" (RSMN-00004666) |
| PX 629 | | | | | X | Excel Spreadsheet - Logins (RSMN-00004743) |
| PX 644 | | | | | X | Profit & Loss Monthly Statements (RSMN-00003380 - 00003509) |
| PX 644A | | | | | X | 2013 – 2015 Ensoware Profit & Loss Monthly Statements (RSMN-00003380 - 00003482; RSMN-00003488 – 00003509) |
| PX 644B | | | | | X | 2016 – 2019 ResMan Financial Statements (RSMN-00003483 – 00003487) |
| PX 656 | | | | | X | Appendix D (Kursh Report) |
| PX 677 | | | | | X | ResMan's Development Costs: January 2013 - December 2015 (FRE 1006 Compilation of PX 644A, RSMN-00003380 - 00003482; RSMN-00003488-00003509) |
| PX 678 | | | | | X | 01/24/2020 Email from B. Majeed to P. Bridgewater RE Introduction (RSMN-00004478-00004482) |
| PX 681 | | | | | X | 05/27/2020 Email from Soundpath.net to D. Winston RE Meeting Summary (RSMN-00005556-00005557) |
| PX 704 | | | | | X | 06/04/2020 Standstill and Tolling Agreement between RealPage, Karya, and Expedien (KARYA_00136960 – 00136962) |