## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| RESMAN, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00402-ALM |
| | § | |
| KARYA PROPERTY MANAGEMENT, LLC, | § | |
| and SCARLET INFOTECH, INC. D/B/A | § | |
| EXPEDIEN, INC. | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' SEVENTH AMENDED TRIAL EXHIBIT LIST

Defendants Karya Property Management, LLC and Scarlet Infotech, Inc. d/b/a Expedien, Inc. (collectively, "Defendants") submit the following exhibits that they may introduce at trial. By including an exhibit on this list, Defendants do not represent and do not stipulate the exhibit would be relevant and admissible if Plaintiff ResMan, LLC ("ResMan") seeks to introduce it. Defendants reserve the right to supplement this list in response to ResMan's exhibit list, and the testimony and arguments of ResMan's witnesses and counsel at trial.

| PRESIDING JUDGE JUDGE AMOS MAZZANT | | | | PLAINTIFF'S ATTORNEY MARIA WYCKOFF BOYCE | DEFENDANT'S ATTORNEY MICHAEL RICHARDSON |
|---|---|---|---|---|---|
| TRIAL DATE: March 8, 2021 | | | | COURT REPORTER CHRISTINA L. BICKHAM | COURTROOM DEPUTY KEARY CONRAD |
| DEF NO. | PLF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| DX001 | | | | X | ResMan Property Management Software Operable Environment (RSMN-00001483) |
| DX004 | | | | X | Master Subscription Agreement (RSMN-00000011-00000044) |
| DX005 | | | | X | ResMan Terms & Conditions (RSMN-00000045-00000057) |
| DX006 | | | | X | ResMan Order Form (RSMN-00000125-00000126) |

1

| | | | | | |
|---|---|---|---|---|---|
| DX008 | | | | X | Letter from D. Winston to M. Pearson re: Final Notice of Termination of Work Orders, Statements of Work and Master Services Agreement (Francisco Depo. Ex. 26) |
| DX013 | | | | X | Compilation of Reports from ResMan Software Platform (RSMN-00001550-00001597) |
| DX018 | | | | X | ResMan-Khoury Nondisclosure, Inventions and Noncompetition Agreement (RSMN-00002702-00002709) |
| DX023 | | | | X | ResMan Demo Summary – Franklin Street (RSMN-00003709-00003714) |
| DX025 | | | | X | 2016-2019 ResMan Gross Profit Less Department Expenses (RSMN-00003484-00003487) |
| DX026 | | | | X | 2018 ResMan Financial Statement (RSMN-00003976-00004005) |
| DX029 | | | | X | ResMan-Karya Order Form (RSMN-00000102-00000103) |
| DX044 | | | | X | Email chain among D. Flores, D. Ganc, et al. re: ResMan NDA and more (KARYA_00086245-00086252) |
| DX052 | | | | X | Karya USA Team Structure and Support Integration/Support with India Team (MM_00000056-00000059) |
| DX056 | | | | X | Email from N. Varshney to A. Shetty and J. Gomez re: JAS3 Finalize High Level Scope (EXP_00012131-00012133) |
| DX060 | | | | X | Email from V. Agarwal to J. Agarwal re: Nitya Proposal (EXP_00013821-00013843) |
| DX063 | | | | X | Master Services Agreement between Expedien, Inc. and Karya Property Management, LLC (EXP_00003779-00003786) |
| DX064 | | | | X | Karya PowerPoint Presentation-Enterprise Systems Planning Project Kickoff (KARYA_00062948-00062966) |
| DX075 | | | | X | Expedien Statement of Work #2112 (KARYA_00061004-00061015) |
| DX100 | | | | X | Invite to GoToMeeting re: ResMan Demo for Nitya Capital Organized by D. Ganc (Karya_00123498) |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX109 | | | | | X | Email from M. Merchant to Karya Management re: UAT Kickoff Meeting (Karya_00100873-00100933) |
| DX114 | | | | | X | Email from B. Majeed to N. Varshney and S. Camacho re: Attached Image-Interior Contractor Check List Requirements (EXP_00068254-00068255) |
| DX117 | | | | | X | Email from Google Calendar to V. Agarwal re: Meeting: Resident Management To Be Processes & Requirements (EXP_00041855-00041856) |
| DX134 | | | | | X | Email from S. Capal to C. Leung, D. Flores, J. Gomez and S. Camacho re: Karya-Wave 5 (KARYA_00124073) |
| DX136 | | | | | X | Email from S. May to J. Gomez, D. Flores et al. re: Karya Wave Prep. (KARYA_00124055) |
| DX139 | | | | | X | Letter from Daniel Winston to Mark Pearson re: Two-Week Notice of Termination of Work Orders, Statements of Work and Master Services Agreement (RSMN-00004931) |
| DX145 | | | | | X | Email from Michael Richardson to Daniel Winston re: Karya/ResMan Software Call (Bridgewater Depo. Ex. 82) |
| DX157 | | | | | X | Expedien India-Karya PMS People – Organizational Flow Chart (Karya_00055920) |
| DX159 | | | | | X | Email from V. Agarwal to J. Agarwal re: Kickoff Presentation for Karya with Power Point Presentation (EXP_00042385-00042404) |
| DX165 | | | | | X | Email from J. Agarwal to S. Agarwal and A. Shetty re: Karya Property Management Proposal by Expedien (EXP_00012003-00012032) |
| DX213 | | | | | X | Compilation of Karya Customer Complaints to ResMan (Karya_00056746; Karya_00056765-00056779; Karya_00056788-00056790; Karya_00056849-00056851; Karya_00056988; Karya_00057028-00057029; Karya_00057032-00057034; Karya_00057079-00057080) |
| DX214 | | | | | X | Two Cancellation Confirmations to Karya from ResMan (RSMN-00000001-00000002) |
| DX216 | | | | | X | Expedien, Inc. and Karya Property Management Statement of Work (Karya_00122059-00122070) |

| | | | | | |
|---|---|---|---|---|---|
| DX217 | | | | X | Updated Nick Olsen LinkedIn Profile (KARYA_00136328-00136336) |
| DX220 | | | | X | Compilation of ResMan Demo Summaries (RSMN_00003683-00003687; RSMN-00003697-00003714; RSMN-00003722-00003725) |
| DX224d | | | | X | Video - Budget Tool Webinar.mp4 (RSMN-00001535) |
| DX224g | | | | X | Video - ResMan® Demo.mp4 (RSMN-00001543) |
| DX224h | | | | X | Video - Welcome to ResMan.mp4 (RSMN-00001548) |
| DX240 | | | | X | Top 7 Easiest Tasks Using ResMan's 3-Click Innovation (KARYA_00136802) |
| DX251 | | | | X | Expedien Invoice (KARYA_00111562) |
| DX252 | | | | X | Expedien Invoice (KARYA_00111563) |
| DX253 | | | | X | Expedien Invoice (KARYA_00111966) |
| DX254 | | | | X | Expedien Invoice (KARYA_00112549) |
| DX255 | | | | X | Expedien Invoice (KARYA_00112890) |
| DX256 | | | | X | Expedien Invoice (KARYA_00113987) |
| DX257 | | | | X | Expedien Invoice (KARYA_00114129) |
| DX258 | | | | X | Expedien Invoice (KARYA_00114709) |
| DX259 | | | | X | Expedien Invoice (KARYA_00114977) |
| DX260 | | | | X | Expedien Invoice (KARYA_00115028) |
| DX261 | | | | X | Expedien Invoice (KARYA_00123786) |
| DX262 | | | | X | Expedien Invoice (KARYA_00123969) |
| DX263 | | | | X | Expedien Invoice (KARYA_00136800) |
| DX264 | | | | X | Expedien Invoice (KARYA_00136801) |
| DX269 | | | | X | Karya-Expedien Workshop Video (KARYA_00062986) |
| DX275 | | | | X | Karya-Expedien Workshop Video (KARYA_00123515) |
| DX276 | | | | X | Karya-Expedien Workshop Video (KARYA_00123516) |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX279 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123519) |
| DX280 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123520) |
| DX285 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123525) |
| DX288 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123528) |
| DX289 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123529) |
| DX292 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123532) |
| DX293 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123533) |
| DX294 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123534) |
| DX295 | | | | | X | Karya-Expedien Workshop Video (KARYA_00123535) |
| DX313 | | | | | X | Email from S. Camacho to N. Varshney et al. re: Lead Management and Lease Management Review Notes and attachments (KARYA_00102600) |
| DX314 | | | | | X | Email from S. Camacho to N. Varshney re: Application Process Power Point and attachment (KARYA_00109959) |
| DX315 | | | | | X | Email from S. Camacho to N. Varshney re: Training pictures and attachments (KARYA_00117093) |
| DX316 | | | | | X | Email from S. Camacho to N. Varshney re: Move in checklist and attachment (KARYA_00117101) |
| DX317 | | | | | X | Email from S. Camacho to N. Varshney re: Welcome Home Letter Template and Move out Checklist and attachments (KARYA_00117104) |
| DX318 | | | | | X | ResMan Discovery Call Form for Edgewood/Vantage (RSMN-00003726) |
| DX319 | | | | | X | ResMan Discovery Call Form for Residential One (RSMN-00003727) |
| DX320 | | | | | X | ResMan Discovery Call Form for Manor Group (RSMN-00003728) |
| DX321 | | | | | X | ResMan Discovery Call Form for RD (RSMN-00003729) |
| DX322 | | | | | X | ResMan Discovery Call Form for Vasil Management (RSMN-00003730) |

| | | | | | |
|---|---|---|---|---|---|
| DX326 | | | | X | ResMan Product Tour Webinar Link and Registration Page (KARYA_00136967-00136968) |
| DX326A | | | | X | ResMan Product Tour Webinar Video (KARYA_00137757) |
| DX328 | | | | X | Email from S. Camacho to N. Varshney re: Leads sketch (KARYA_00117091-00117092) |
| DX329 | | | | X | June 7, 2019 letter from M. Richardson to D. Winston regarding temporary restraining order |
| DX330 | | | | X | Preliminary Injunction Order |

Dated: March 5, 2021

Respectfully submitted,

By:   */s/ Michael E. Richardson*
      Michael E. Richardson
      State Bar No. 24002838
      mrichardson@beckredden.com
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

      Seepan V. Parseghian
      State Bar No. 24099767
      sparseghian@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

      Richard A. Sayles
      State Bar No. 17697500
      dsayles@bradley.com
      Robert Sayles
      State Bar. No. 24049857
      rsayles@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone No. (214) 939-8700
Facsimile No. (214) 939-8787
**ATTORNEYS FOR DEFENDANTS KARYA PROPERTY MANAGEMENT, LLC AND SCARLET INFOTECH, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via electronic mail on March 5, 2021.

                                                            */s/ Michael E. Richardson*
                                                             Michael E. Richardson