IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ResMan, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-00402-ALM |
| | § | |
| **Karya Property Management, LLC,** | § | JURY TRIAL |
| **and Scarlet InfoTech, Inc. d/b/a** | § | |
| **Expedien, Inc.** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Defendant Karya Property Management, LLC's ("Karya") Unopposed Rule 60(b)(5) Motion for Partial Relief from Final Judgment (Dkt. #350). After consideration, the Court hereby **GRANTS** the Motion.

It is hereby **ORDERED** that:

1. The portions of the Final Judgment (Dkt. #343) set forth in paragraphs 1(a) – (e) and paragraphs 3(a) – (c) on page 3 that relate to Karya have been satisfied, released, or discharged.

2. Karya is therefore relieved from its obligations in paragraphs 1(a) – (e) and paragraphs 3(a) – (c) on page 3 of the Final Judgment (Dkt. #343). All other portions of the Final Judgment remain in effect as to Karya, including the Court's Order that Karya is permanently enjoined as set forth in the Permanent Injunction (Dkt. #343 at 4).

This Order does not, in any way, modify the Final Judgment (Dkt. #343) as pertains to Defendant Scarlet InfoTech, Inc. d/b/a Expedien, Inc. This Order further does not, in any way, modify the Permanent Injunction (Dkt. #344), which remains fully in effect as to both Defendants.

**SIGNED this 27th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE