IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RESMAN, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § § § § § § | Civil Action No. 4:19-cv-00402-ALM |
| KARYA PROPERTY MANAGEMENT, LLC, and SCARLET INFOTECH, INC. D/B/A EXPEDIEN, INC. | | |
| *Defendants*. | | |

# ORDER

Pending before the Court is Defendant Karya Property Management, LLC and Scarlet Infotech, Inc D/B/A Expedien, Inc's Unopposed Motion to Extend the Deadline to Respond to ResMan's Motion for Attorney's Fees and Costs filed on August 12, 2021 (Dkt. #352).

Having fully considered the matter, the court **GRANTS** the motion. Defendant's deadline for responding to ResMan's Motion for Attorney's Fees and Costs shall be extended to September 7th, 2021.

**IT IS SO ORDERED.**
**SIGNED this 27th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE