# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RESMAN, LLC § § v. § Civil Action No. 4:19cv402 § Judge Mazzant KARYA PROPERTY MANAGEMENT, § LLC and SCARLET INFOTEC, INC. D/B/A § EXPEDIEN, INC. § | |

## ORDER

On September 21, 2021, Defendant Expedien's Suggestion of Bankruptcy (Dkt. #368) was filed, indicating that it has filed, in the United States Bankruptcy Court for the Southern District of Texas, a voluntary petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code.

Accordingly, all claims asserted in the above-styled lawsuit are hereby **STAYED** as to Defendant Scarlet InfoTech, Inc., d/b/a Expedien, Inc., pending further Order of the Court. *See GATX Aircraft Co. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985).

It is therefore ORDERED that all pending motions are STAYED during the pendency of the bankruptcy case.

**IT IS SO ORDERED.**

**SIGNED this 10th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE